408. Because of the acts described above, the Defendants knowingly made, used or caused to be made or used false records and statements, and omitted material facts, to induce the Minnesota State Government to approve and pay such false and fraudulent claims.

409. The Minnesota State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented by the Defendants, paid and continues to pay the claims that would not be paid but for the Defendants' illegal off-label marketing practices and illegal kickbacks.

410. Because of the Defendants' acts, the State of Minnesota has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

**Count XVIII**

**Montana False Claims Act**

**Mont. Code Ann. §17-8-403(1)(a) and (1)(b)**

411. Dr. Chao re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 306.

412. This is a claim for treble damages and penalties under the Montana False Claims Act.

413. Because of the acts described above, the Defendants knowingly presented or caused to be presented, false or fraudulent claims to the Montana State Government for payment or approval.

414. Because of the acts described above, the Defendants knowingly made, used or caused to be made or used false records and statements, and omitted material facts, to induce the Montana State Government to approve and pay such false and fraudulent claims.

415. The Montana State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented

95

1  by the Defendants, paid and continues to pay the claims that would not be paid but

2  for the Defendants' illegal off-label marketing practices and illegal kickbacks.

3      416.   Because of the Defendants' acts, the State of Montana has been

4  damaged, and continues to be damaged, in substantial amount to be determined at

5  trial.

6                              **Count XIX**

7                      **Nevada False Claims Act**

8              **Nev. Rev. Stat. §357.040(1)(a) and (1)(b)**

9      417.   Dr. Chao re-alleges and incorporates by reference the allegations

10  contained in paragraphs 1 through 306.

11      418.   This is a claim for treble damages and penalties under the Nevada False

12  Claims Act.

13      419.   Because of the acts described above, the Defendants knowingly

14  presented or caused to be presented, false or fraudulent claims to the Nevada State

15  Government for payment or approval.

16      420.   Because of the acts described above, the Defendants knowingly made,

17  used or caused to be made or used false records and statements, and omitted material

18  facts, to induce the Nevada State Government to approve and pay such false and

19  fraudulent claims.

20      421.   The Nevada State Government, unaware of the falsity of the records,

21  statements and claims made, used, presented or caused to be made, used or presented

22  by the Defendants, paid and continues to pay the claims that would not be paid but

23  for the Defendants' illegal off-label marketing practices and illegal kickbacks.

24      422.   Because of the Defendants' acts, the State of Nevada has been

25  damaged, and continues to be damaged, in substantial amount to be determined at

26  trial.

27

28

## Count XX

### New Jersey False Claims Act

### N.J. Rev. Stat. §2A:32C-3(a) and (b)

423.   Dr. Chao re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 306.

424.   This is a claim for treble damages and penalties under the New Jersey False Claims Act.

425.   Because of the acts described above, the Defendants knowingly presented or caused to be presented, false or fraudulent claims to the New Jersey State Government for payment or approval.

426.   Because of the acts described above, the Defendants knowingly made, used or caused to be made or used false records and statements, and omitted material facts, to induce the New Jersey State Government to approve and pay such false and fraudulent claims.

427.   The New Jersey State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented by the Defendants, paid and continues to pay the claims that would not be paid but for the Defendants' illegal off-label marketing practices and illegal kickbacks.

428.   Because of the Defendants' acts, the State of New Jersey has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

## Count XXI

### New Mexico Medicaid False Claims Act

### N.M. Stat. Ann. §27-14-4(A) and (C)

429.   Dr. Chao re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 306.

430.   This is a claim for treble damages and penalties under the New Mexico Medicaid False Claims Act.

431.   Because of the acts described above, the Defendants knowingly presented or caused to be presented, false or fraudulent claims to the New Mexico State Government for payment or approval.

432.   Because of the acts described above, the Defendants knowingly made, used or caused to be made or used false records and statements, and omitted material facts, to induce the New Mexico State Government to approve and pay such false and fraudulent claims.

433.   The New Mexico State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented by the Defendants, paid and continues to pay the claims that would not be paid but for the Defendants' illegal off-label marketing practices and illegal kickbacks.

434.   Because of the Defendants' acts, the State of New Mexico has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

## Count XXII
## New York False Claims Act
## N.Y. State Fin. Law §189(1)(a) and (1)(b)

435.   Dr. Chao re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 306.

436.   This is a claim for treble damages and penalties under the New York False Claims Act.

437.   Because of the acts described above, the Defendants knowingly presented or caused to be presented, false or fraudulent claims to the New York State Government for payment or approval.

438. Because of the acts described above, the Defendants knowingly made, used or caused to be made or used false records and statements, and omitted material facts, to induce the New York State Government to approve and pay such false and fraudulent claims.

439. The New York State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented by the Defendants, paid and continues to pay the claims that would not be paid but for the Defendants' illegal off-label marketing practices and illegal kickbacks.

440. Because of the Defendants' acts, the State of New York has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

**Count XXIII**

**North Carolina False Claims Act**

**N.C. Gen. Stat. §1-607(a)(1) and (a)(2)**

441. Dr. Chao re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 306.

442. This is a claim for treble damages and penalties under the North Carolina False Claims Act.

443. Because of the acts described above, the Defendants knowingly presented or caused to be presented, false or fraudulent claims to the North Carolina State Government for payment or approval.

444. By virtue of the acts described above, the Defendants knowingly made, used or caused to be made or used false records and statements, and omitted material facts, to induce the North Carolina State Government to approve and pay such false and fraudulent claims.

445. The North Carolina State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or

presented by the Defendants, paid and continues to pay the claims that would not be paid but for the Defendants' illegal off-label marketing practices and illegal kickbacks.

446.   Because of the Defendants' acts, the State of North Carolina has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

**Count XXIV**

**Oklahoma Medicaid False Claims Act**

**Okla. Stat. tit. 63, §5053.1(B)(1) and (B)(2)**

447.   Dr. Chao re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 306.

448.   This is a claim for treble damages and penalties under the Oklahoma Medicaid False Claims Act.

449.   Because of the acts described above, the Defendants knowingly presented or caused to be presented, false or fraudulent claims to the Oklahoma State Government for payment or approval.

450.   Because of the acts described above, the Defendants knowingly made, used or caused to be made or used false records and statements, and omitted material facts, to induce the Oklahoma State Government to approve and pay such false and fraudulent claims.

451.   The Oklahoma State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented by the Defendants, paid and continues to pay the claims that would not be paid but for the Defendants' illegal off-label marketing practices and illegal kickbacks.

452.   Because of the Defendants' acts, the State of Oklahoma has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

100

## Count XXV

### Rhode Island False Claims Act

### R.I. Gen. Laws §9-1.1-3(a)(1) and (a)(2)

453.   Dr. Chao re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 306.

454.   This is a claim for treble damages and penalties under the Rhode Island False Claims Act.

455.   Because of the acts described above, the Defendants knowingly presented or caused to be presented, false or fraudulent claims to the Rhode Island State Government for payment or approval.

456.   Because of the acts described above, the Defendants knowingly made, used or caused to be made or used false records and statements, and omitted material facts, to induce the Rhode Island State Government to approve and pay such false and fraudulent claims.

457.   The Rhode Island State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented by the Defendants, paid and continues to pay the claims that would not be paid but for the Defendants' illegal off-label marketing practices and illegal kickbacks.

458.   Because of the Defendants' acts, the State of Rhode Island has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

## Count XXVI

### Tennessee Medicaid False Claims Act

### Tenn. Code Ann. §71-5-182(a)(1)(A) and (a)(1)(B)

459.   Dr. Chao re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 306.

101

460.   This is a claim for treble damages and penalties under the Tennessee Medicaid False Claims Act.

461.   Because of the acts described above, the Defendants knowingly presented or caused to be presented, false or fraudulent claims to the Tennessee State Government for payment or approval.

462.   Because of the acts described above, the Defendants knowingly made, used or caused to be made or used false records and statements, and omitted material facts, to induce the Tennessee State Government to approve and pay such false and fraudulent claims.

463.   The Tennessee State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented by the Defendants, paid and continues to pay the claims that would not be paid but for the Defendants' illegal off-label marketing practices and illegal kickbacks.

464.   Because of the Defendants' acts, the State of Tennessee has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

## Count XXVII

### Texas Medicaid Fraud Prevention Act

### Tex. Hum. Res. Code Ann. §36.002(1)

465.   Dr. Chao re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 306.

466.   This is a claim for treble damages and penalties under the Texas Medicaid Fraud Prevention Act.

467.   Because of the acts described above, the Defendants knowingly presented or caused to be presented, false or fraudulent claims to the Texas State Government for payment or approval.

468.   Because of the acts described above, the Defendants knowingly made, used or caused to be made or used false records and statements, and omitted material facts, to induce the Texas State Government to approve and pay such false and fraudulent claims.

469.   The Texas State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented by the Defendants, paid and continues to pay the claims that would not be paid but for the Defendants' illegal off-label marketing practices and illegal kickbacks.

470.   Because of the Defendants' acts, the State of Texas has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

**Count XXVIII**

**<u>Vermont False Claims Act</u>**

**<u>Vt. Stat. Ann. tit. 32, §631(a)(1) and (a)(2)</u>**

471.   Dr. Chao re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 306.

472.   This is a claim for treble damages and penalties under the Vermont False Claims Act.

473.   Because of the acts described above, the Defendants knowingly presented or caused to be presented, false or fraudulent claims to the Vermont State Government for payment or approval.

474.   Because of the acts described above, the Defendants knowingly made, used or caused to be made or used false records and statements, and omitted material facts, to induce the Vermont State Government to approve and pay such false and fraudulent claims.

475.   The Vermont State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented

103

by the Defendants, paid and continues to pay the claims that would not be paid but for the Defendants' illegal off-label marketing practices and illegal kickbacks.

476.   Because of the Defendants' acts, the State of Vermont has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

## Count XXIX

### Virginia Fraud Against Taxpayers Act

### Va. Code Ann. §8.01-216.3(A)(1) and (A)(2)

477.   Dr. Chao re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 306.

478.   This is a claim for treble damages and penalties under the Virginia Fraud Against Taxpayers Act.

479.   Because of the acts described above, the Defendants knowingly presented or caused to be presented, false or fraudulent claims to the Virginia State Government for payment or approval.

480.   Because of the acts described above, the Defendants knowingly made, used or caused to be made or used false records and statements, and omitted material facts, to induce the Virginia State Government to approve and pay such false and fraudulent claims.

481.   The Virginia State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented by the Defendants, paid and continues to pay the claims that would not be paid but for the Defendants' illegal off-label marketing practices and illegal kickbacks.

482.   Because of the Defendants' acts, the State of Virginia has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

104

**Count XXX**

**<u>Washington State Medicaid Fraud False Claims Act</u>**

**<u>Wash. Rev. Code §74.66.020(1)(a) and (1)(b)</u>**

483.   Dr. Chao re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 306.

484.   This is a claim for treble damages and penalties under the Washington State Medicaid Fraud False Claims Act.

485.   Because of the acts described above, the Defendants knowingly presented or caused to be presented, false or fraudulent claims to the Washington State Government for payment or approval.

486.   Because of the acts described above, the Defendants knowingly made, used or caused to be made or used false records and statements, and omitted material facts, to induce the Washington State Government to approve and pay such false and fraudulent claims.

487.   The Washington State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented by the Defendants, paid and continues to pay the claims that would not be paid but for the Defendants' illegal off-label marketing practices and illegal kickbacks.

488.   Because of the Defendants' acts, the State of Washington has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

**PRAYER FOR RELIEF**

WHEREFORE, Dr. Chao prays for judgment against the Defendants as follows:

(a)   that this Court enter judgment against Defendants in an amount equal to three times the amount of damages the United States has sustained

105

1  because of Defendants' actions plus a civil penalty of not less than $5,500 and

2  not more than $11,000 for each violation of 31 U.S.C. §3729 occurring on or

3  before November 2, 2015, plus a civil penalty of not less than $10,781 and not

4  more than $21,563 for each violation of 31 U.S.C. §3729 occurring after

5  November 2, 2015, plus pre and post-judgment interest at a rate of 10 percent

6  per year;

7       (b)    that this Court enter judgment against the Defendants in an

8  amount equal to three times the amount of damages the State of California has

9  sustained because of the Defendants' actions plus a civil penalty for each

10  violation of Cal. Gov't Code §12561(a) plus interest;

11       (c)    that this Court enter judgment against the Defendants in an

12  amount equal to three times the amount of damages the State of Colorado has

13  sustained because of the Defendants' actions, plus a civil penalty for each

14  violation of Colo. Rev. Stat. §25.5-4-305(1), plus interest;

15       (d)    that this Court enter judgment against the Defendants in an

16  amount equal to three times the amount of damages the State of Connecticut

17  has sustained because of the Defendants' actions plus a civil penalty for each

18  violation of Conn. Gen. Stat. §4-275(a) plus interest;

19       (e)    that this Court enter judgment against the Defendants in an

20  amount equal to three times the amount of damages the State of Delaware has

21  sustained because of the Defendants' actions, plus a civil penalty for each

22  violation of Del. Code tit. 6, §1201(a), plus interest;

23       (f)    that this Court enter judgment against the Defendants in an

24  amount equal to three times the amount of damages the District of Columbia

25  has sustained because of the Defendants' actions, plus a civil penalty for each

26  violation of D.C. Code §2-381.02(a), plus interest;

27

28

(g)     that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of Florida has sustained because of the Defendants' actions, plus a civil penalty for each violation of Fla. Stat. §68.082(2), plus interest;

(h)     that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of Georgia has sustained because of the Defendants' actions, plus a civil penalty for each violation of Ga. Code §49-4-168.1(a), plus interest;

(i)     that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of Hawaii has sustained because of the Defendants' actions, plus a civil penalty for each violation of Haw. Rev. Stat. §661-21(a), plus interest;

(j)     that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of Illinois has sustained because of the Defendants' actions, plus a civil penalty for each violation of 740 Ill. Comp. Stat. 175 / 3(a)(1), plus interest;

(k)     that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of Indiana has sustained because of the Defendants' actions, plus a civil penalty for each violation of Ind. Code §5-11-5.7-2(a), plus interest;

(l)     that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of Iowa has sustained because of the Defendants' actions, plus a civil penalty for each violation of Iowa Code §685.2(1), plus interest;

(m)     that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of Louisiana has

1  sustained because of the Defendants' actions, plus a civil penalty for each

2  violation of La. Rev. Stat. §46:438.3, plus interest;

3       (n)    that this Court enter judgment against the Defendants in an

4  amount equal to three times the amount of damages the State of Maryland has

5  sustained because of the Defendants' actions, plus a civil penalty for each

6  violation of Md. Code Ann. Health-Gen. Prov. §2-602(a), plus interest;

7       (o)    that this Court enter judgment against the Defendants in an

8  amount equal to three times the amount of damages the State of Massachusetts

9  has sustained because of the Defendants' actions, plus a civil penalty for each

10  violation of Mass. Gen. Laws ch. 12, §5B(a), plus interest;

11       (p)    that this Court enter judgment against the Defendants in an

12  amount equal to three times the amount of damages the State of Michigan has

13  sustained because of the Defendants' actions, plus a civil penalty for each

14  violation of Mich. Comp. Laws §400.612, plus interest;

15       (q)    that this Court enter judgment against the Defendants in an

16  amount equal to three times the amount of damages the State of Minnesota

17  has sustained because of the Defendants' actions, plus a civil penalty for each

18  violation of Minn. Stat. §15C.02(a), plus interest;

19       (r)    that this Court enter judgment against the Defendants in an

20  amount equal to three times the amount of damages the State of Montana has

21  sustained because of the Defendants' actions, plus a civil penalty for each

22  violation of Mont. Code Ann. §17-8-403(1), plus interest;

23       (s)    that this Court enter judgment against the Defendants in an

24  amount equal to three times the amount of damages the State of Nevada has

25  sustained because of the Defendants' actions, plus a civil penalty for each

26  violation of Nev. Rev. Stat. §357.040(1), plus interest;

27

28

(t)     that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of New Jersey has sustained because of the Defendants' actions, plus a civil penalty for each violation of N.J. Rev. Stat. §2A:32C-3, plus interest;

(u)     that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of New Mexico has sustained because of the Defendants' actions, plus a civil penalty for each violation of N.M. Stat. Ann. §27-14-4, plus interest;

(v)     that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of New York has sustained because of the Defendants' actions, plus a civil penalty for each violation of N.Y. State Fin. Law §189(1), plus interest;

(w)     that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of North Carolina has sustained because of the Defendants' actions, plus a civil penalty for each violation of N.C. Gen. Stat. §1-607(a), plus interest;

(x)     that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of Oklahoma has sustained because of the Defendants' actions, plus a civil penalty for each violation of Okla. Stat. tit. 63, §5053.1(B), plus interest;

(y)     that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of Rhode Island has sustained because of the Defendants' actions, plus a civil penalty for each violation of R.I. Gen. Laws §9-1.1-3(a), plus interest;

(z)     that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of Tennessee has

sustained because of the Defendants' actions, plus a civil penalty for each violation of Tenn. Code Ann. §71-5-182(a)(1), plus interest;

(aa)    that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of Texas has sustained because of the Defendants' actions, plus a civil penalty for each violation of Tex. Hum. Res. Code Ann. §36.002, plus interest;

(bb)    that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of Vermont has sustained because of the Defendants' actions, plus a civil penalty for each violation of Vt. Stat. Ann. tit. 32, §631(a), plus interest;

(cc)    that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of Virginia has sustained because of the Defendants' actions, plus a civil penalty for each violation of Va. Code Ann. §8.01-216.3(A), plus interest;

(dd)    that this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of Washington has sustained because of the Defendants' actions, plus a civil penalty for each violation of Wash. Rev. Code §74.66.020(1), plus interest;

(ee)    that Dr. Chao be awarded the maximum amount allowed pursuant to §3730(d) of the False Claims Act, and the equivalent provisions of the state statutes set forth above;

(ff)    that Dr. Chao be awarded all costs of this action and interest thereon, including attorneys' fees and expenses; and

(gg)    that Dr. Chao recover such other relief as the Court deems just and proper.

### JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Dr. Chao hereby

110

1  demands a trial by jury.

2

3  Dated: March 9, 2017                           Respectfully submitted,

4

5                                                  By:

6                                                  GLANCY PRONGAY & MURRAY LLP
7                                                  Mark I. Labaton (SBN 159555)
                                                   mlabaton@glancylaw.com
8                                                  1925 Century Park East, Suite 2100
9                                                  Los Angeles, California 90067
                                                   Telephone:  (310) 201-9150
10                                                 Facsimile:   (310) 201-9160

11
                                                   GLANCY PRONGAY & MURRAY LLP
12                                                 Garth A. Spencer (*pro hac forthcoming*)
13                                                 gspencer@glancylaw.com
                                                   122 East 42nd Street, Suite 2920
14                                                 New York, New York 10168
15                                                 Telephone:  (212) 682-5340
                                                   Facsimile:   (212) 884-0988
16

17                                                 *Attorney for Qui Tam Plaintiff*

18

19

20

21

22

23

24

25

26

27

28
                                    111

**Exhibit List**

Exhibit 1    -    Likely Participants in the Defendants' Proctor Program During 2013-2015

Exhibit 2    -    Payments from the Defendants to Dr. Moran Relating to "Pipelines" or "Flow Diversion"

Exhibit 3    -    Pipeline Embolization Device Executive Summary Submitted by Chestnut Medical Technologies Inc. Dated February 1, 2011 ("Chestnut Report") (excerpts)

Exhibit 4    -    Medtronic Response to FDA IR Letter for Pipeline Flex Embolization Device Dated February 2, 2016 (excerpts)

Exhibit 5    -    2017 Pipeline Clinical Specialist Strategic Account Activities – POA Worksheet

Exhibit 6    -    Pipeline Flex Embolization Device Manual (excerpts)

Exhibit 7    -    Pipeline Flex Training Manual Dated September 16, 2015 (excerpts)

Exhibit 8    -    Pipeline Flex Embolization Device In-Service Guide (excerpts)

Exhibit 9    -    International Retrospective Study of the Pipeline Embolization Device: A Multicenter Aneurysm Treatment Study Published October 29, 2014

Exhibit 10    -    Medtronic FY 2017 Regional ES Growth Plan (excerpts)

Exhibit 11    -    Medtronic FY 2017 Q1 Sales Region Meeting (excerpts)

Exhibit 12    -    Medtronic Pipeline Customer Hospitals with Quarterly Sales and Associated Proctors

Likely Participants in the Defendants' Proctor Program During 2013-2015

| First | Last | City | State | Payments |
|-------|------|------|-------|----------|
| Peter | Nelson | New York | NY | 355,691.34 |
| John | Gaughen | Charlottesville | VA | 332,167.15 |
| Alexander | Coon | Baltimore | MD | 280,866.47 |
| Britton | Woodward | Knoxville | TN | 257,583.32 |
| Stanley | Barnwell | Portland | OR | 249,080.15 |
| Philipp | Taussky | Salt Lake City | UT | 219,310.52 |
| Christopher | Moran | Saint Louis | MO | 205,710.28 |
| Maksim | Shapiro | New York | NY | 200,909.47 |
| Josser | Delgado Almandoz | Minneapolis | MN | 191,651.98 |
| Mohammad | Chaudry | Charleston | SC | 191,296.35 |
| Guilherme | Dabus | Miami | FL | 191,093.26 |
| Peter | Sunenshine | Tampa | FL | 185,829.85 |
| Tibor | Becske | New York | NY | 174,968.23 |
| Curtis | Given | Lexington | KY | 162,083.39 |
| Ricardo | Hanel | Jacksonville | FL | 148,247.12 |
| Kevin | Cockroft | Hershey | PA | 122,756.84 |
| Raymond | Turner | Charleston | SC | 122,739.27 |
| Adnan | Siddiqui | Buffalo | NY | 121,506.89 |
| Christian | Ramsey | Lexington | KY | 115,020.13 |
| Daniel | Huddle | Englewood | CO | 106,593.85 |
| Luis | Gonzalez | Philadelphia | PA | 101,572.96 |
| Orlando | Diaz | Houston | TX | 100,845.60 |
| Italo | Linfante | Miami | FL | 92,860.60 |
| Eren | Erdem | Little Rock | AR | 77,724.76 |
| David | Niemann | Madison | WI | 77,595.25 |
| Avery | Evans | Charlottesville | VA | 62,090.80 |
| David | Fiorella | Stony Brook | NY | 57,280.49 |
| Sten | Solander | Chapel Hill | NC | 44,542.18 |
| Rashid | Janjua | Winston Salem | NC | 43,607.20 |
| Basavaraj | Ghodke | Seattle | WA | 43,227.29 |
| Arash | Khalessi-Hosseini | San Diego | CA | 42,141.62 |
| Adam | Arthur | Memphis | TN | 40,003.93 |
| Yasha | Kadkhodayan | Saint Louis | MO | 39,121.26 |
| Ciro | Randazzo | Atlantic City | NJ | 36,218.67 |
| Elad | Levy | Buffalo | NY | 32,492.89 |
| Gary | Duckwiler | Los Angeles | CA | 32,193.08 |
| Michel | Mawad | Houston | TX | 30,504.40 |
| William | Bank | Washington | DC | 22,929.58 |
| Demetrius | Lopes | Chicago | IL | 22,386.23 |
| Joe | Bernard | Charlotte | NC | 21,575.95 |
| Alan | Reeves | Kansas City | KS | 19,502.01 |
| Michael | Stiefel | Valhalla | NY | 19,397.65 |
| Peter | Kan | Houston | TX | 19,288.92 |
| Ali | Malek | West Palm Beach | FL | 18,502.61 |

Likely Participants in the Defendants' Proctor Program During 2013-2015

| First | Last | City | State | Payments |
|---|---|---|---|---|
| Jeremy | Fields | Clackamas | OR | 18,455.20 |
| Vijaykumar | Patel | Knoxville | TN | 17,147.26 |
| Khalil | Zahra | Oradell | NJ | 16,788.84 |
| Cameron | McDougall | Phoenix | AZ | 16,277.72 |
| Amon | Liu | Redwood City | CA | 16,063.28 |
| Mohammad Ali | Aziz-Sultan | Boston | MA | 14,997.10 |
| Pascal | Jabbour | Philadelphia | PA | 14,776.32 |
| Ajit | Puri | Boston | MA | 13,614.52 |
| Arun | Amar | Belleville | NJ | 12,717.60 |
| Christopher | Koebbe | San Antonio | TX | 11,838.36 |
| Andrew | Stemer | Washington | DC | 11,661.01 |
| Spiros | Blackburn | Gainesville | FL | 11,192.83 |
| Tom | Yao | Louisville | KY | 11,030.66 |
| John | Reavey-Cantwell | Richmond | VA | 10,521.62 |
| | | | **Total** | 5,229,794.11 |

This list of likely participants in the Defendants' proctor program is derived from CMS Open Payments Data available at https://openpaymentsdata.cms.gov

The city and state listed here for each physician is the most recent city and state of residence for that physician that is listed in the Open Payments data through the end of 2015.

The amount of payments listed here for each physician is the total of the Defendants' payments to the physician during the 2013-2015 period covered by the Open Payments data, for which the payments list an associated covered product of "flow diversion" or "pipeline."

Payments from the Defendants to Dr. Moran Relating to "Pipelines" or "Flow Diversion"

| Date | Amount | Payor | Type | Travel City | Travel State |
|---|---|---|---|---|---|
| 8/27/13 | 41.05 | Covidien LP | Food and Beverage | | |
| 8/28/13 | 985.69 | Covidien Sales LLC | Compensation for services | | |
| 8/28/13 | 810.69 | Covidien Sales LLC | Compensation for services | | |
| 8/30/13 | 510.69 | Covidien Sales LLC | Compensation for services | | |
| 8/30/13 | 510.69 | Covidien Sales LLC | Compensation for services | | |
| 9/11/13 | 100.00 | Covidien Sales LLC | Compensation for services | | |
| 9/12/13 | 255.40 | Covidien Sales LLC | Compensation for services | | |
| 9/12/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 9/12/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 9/12/13 | 3.00 | Covidien Sales LLC | Compensation for services | | |
| 9/17/13 | 377.28 | Covidien Sales LLC | Compensation for services | | |
| 9/18/13 | 155.94 | Covidien Sales LLC | Compensation for services | | |
| 9/18/13 | 31.19 | Covidien LP | Food and Beverage | | |
| 9/18/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 9/18/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 9/18/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 9/18/13 | 3.00 | Covidien Sales LLC | Compensation for services | | |
| 9/18/13 | 0.80 | Covidien LP | Food and Beverage | | |
| 9/19/13 | 231.65 | Covidien Sales LLC | Compensation for services | | |
| 9/19/13 | 200.75 | Covidien Sales LLC | Compensation for services | | |
| 9/19/13 | 168.69 | Covidien Sales LLC | Compensation for services | | |
| 9/20/13 | 327.29 | Covidien Sales LLC | Compensation for services | | |
| 9/20/13 | 292.48 | Covidien Sales LLC | Compensation for services | | |
| 9/20/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 9/20/13 | 1.00 | Covidien Sales LLC | Compensation for services | | |
| 9/21/13 | 194.56 | Covidien Sales LLC | Compensation for services | | |
| 9/21/13 | 156.69 | Covidien Sales LLC | Compensation for services | | |
| 9/23/13 | 10.81 | Covidien LP | Food and Beverage | | |
| 9/24/13 | 127.07 | Covidien Sales LLC | Compensation for services | | |
| 9/24/13 | 116.44 | Covidien Sales LLC | Compensation for services | | |
| 9/25/13 | 65.48 | Covidien LP | Food and Beverage | | |
| 9/26/13 | 141.12 | Covidien Sales LLC | Compensation for services | | |

Payments from the Defendants to Dr. Moran Relating to "Pipelines" or "Flow Diversion"

| Date | Amount | Payor | Type | Travel City | Travel State |
|------|--------|-------|------|-------------|--------------|
| 9/26/13 | 20.76 | Covidien LP | Food and Beverage | | |
| 9/27/13 | 349.77 | Covidien LP | Compensation for services | | |
| 9/27/13 | 133.55 | Covidien Sales LLC | Compensation for services | | |
| 10/2/13 | 5,100.00 | Covidien Sales LLC | Compensation for services | | |
| 10/9/13 | 7,200.00 | Covidien Sales LLC | Compensation for services | | |
| 10/11/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 10/11/13 | 1.00 | Covidien Sales LLC | Compensation for services | | |
| 10/16/13 | 7,200.00 | Covidien Sales LLC | Compensation for services | | |
| 10/16/13 | 3,681.37 | Covidien Sales LLC | Compensation for services | | |
| 10/16/13 | 44.06 | Covidien LP | Food and Beverage | | |
| 10/17/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 10/17/13 | 1.00 | Covidien Sales LLC | Compensation for services | | |
| 10/18/13 | 224.45 | Covidien Sales LLC | Compensation for services | | |
| 10/18/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 10/18/13 | 2.00 | Covidien Sales LLC | Compensation for services | | |
| 10/19/13 | 144.26 | Covidien Sales LLC | Compensation for services | | |
| 10/20/13 | 492.30 | Covidien Sales LLC | Compensation for services | | |
| 10/20/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 10/20/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 10/20/13 | 1.00 | Covidien Sales LLC | Compensation for services | | |
| 10/21/13 | 306.78 | Covidien Sales LLC | Travel and Lodging | Pittsburgh | PA |
| 10/21/13 | 154.73 | Covidien Sales LLC | Compensation for services | | |
| 10/21/13 | 133.94 | Covidien Sales LLC | Compensation for services | | |
| 10/21/13 | 58.68 | Covidien LP | Food and Beverage | | |
| 10/21/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 10/22/13 | 193.09 | Covidien Sales LLC | Compensation for services | | |
| 10/22/13 | 144.73 | Covidien Sales LLC | Compensation for services | | |
| 10/22/13 | 136.40 | Covidien Sales LLC | Compensation for services | | |
| 10/23/13 | 14,820.00 | Covidien Sales LLC | Compensation for services | | |
| 10/23/13 | 7,020.00 | Covidien Sales LLC | Compensation for services | | |
| 10/23/13 | 7,020.00 | Covidien Sales LLC | Compensation for services | | |
| 10/23/13 | 7,020.00 | Covidien Sales LLC | Compensation for services | | |
| 10/23/13 | 7,020.00 | Covidien Sales LLC | Compensation for services | | |

Payments from the Defendants to Dr. Moran Relating to "Pipelines" or "Flow Diversion"

| Date | Amount | Payor | Type | Travel City | Travel State |
|------|--------|-------|------|-------------|--------------|
| 10/23/13 | 7,020.00 | Covidien Sales LLC | Compensation for services | | |
| 10/23/13 | 4,420.00 | Covidien Sales LLC | Compensation for services | | |
| 10/23/13 | 589.20 | Covidien Sales LLC | Compensation for services | | |
| 10/23/13 | 84.43 | Covidien Sales LLC | Compensation for services | | |
| 10/24/13 | 710.30 | Covidien Sales LLC | Compensation for services | | |
| 10/24/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 10/25/13 | 341.94 | Covidien Sales LLC | Compensation for services | | |
| 10/26/13 | 298.69 | Covidien Sales LLC | Compensation for services | | |
| 10/28/13 | 229.67 | Covidien Sales LLC | Compensation for services | | |
| 10/28/13 | 210.47 | Covidien Sales LLC | Compensation for services | | |
| 10/30/13 | 4,420.00 | Covidien Sales LLC | Compensation for services | | |
| 11/6/13 | 465.94 | Covidien Sales LLC | Travel and Lodging | Columbus | OH |
| 11/11/13 | 96.57 | Covidien Sales LLC | Food and Beverage | | |
| 11/12/13 | 64.25 | Covidien Sales LLC | Food and Beverage | | |
| 11/13/13 | 8,840.00 | Covidien Sales LLC | Compensation for services | | |
| 11/13/13 | 4,420.00 | Covidien Sales LLC | Compensation for services | | |
| 11/13/13 | 4,420.00 | Covidien Sales LLC | Compensation for services | | |
| 11/13/13 | 90.52 | Covidien Sales LLC | Food and Beverage | | |
| 11/14/13 | 9.67 | Covidien Sales LLC | Food and Beverage | | |
| 11/14/13 | 9.36 | Covidien Sales LLC | Food and Beverage | | |
| 11/15/13 | 23.40 | Covidien LP | Food and Beverage | | |
| 12/4/13 | 139.92 | Covidien Sales LLC | Compensation for services | | |
| 12/10/13 | 741.10 | Covidien Sales LLC | Compensation for services | | |
| 12/10/13 | 233.10 | Covidien Sales LLC | Travel and Lodging | Buenos Aires | Argentina* |
| 12/10/13 | 134.26 | Covidien Sales LLC | Compensation for services | | |
| 12/10/13 | 129.26 | Covidien Sales LLC | Compensation for services | | |
| 12/10/13 | 117.07 | Covidien Sales LLC | Compensation for services | | |
| 12/10/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 12/10/13 | 10.00 | Covidien Sales LLC | Travel and Lodging | Los Angeles | CA |
| 12/10/13 | 2.00 | Covidien Sales LLC | Travel and Lodging | Los Angeles | CA |
| 12/10/13 | 1.00 | Covidien Sales LLC | Travel and Lodging | Los Angeles | CA |
| 12/10/13 | 1.00 | Covidien Sales LLC | Travel and Lodging | Los Angeles | CA |
| 12/10/13 | 1.00 | Covidien Sales LLC | Travel and Lodging | Los Angeles | CA |

Payments from the Defendants to Dr. Moran Relating to "Pipelines" or "Flow Diversion"

| Date | Amount | Payor | Type | Travel City | Travel State |
|------|--------|-------|------|-------------|--------------|
| 12/17/13 | 233.10 | Covidien Sales LLC | Travel and Lodging | Buenos Aires | Argentina* |
| 12/17/13 | 131.00 | Covidien Sales LLC | Travel and Lodging | San Diego | CA |
| 12/17/13 | 10.00 | Covidien Sales LLC | Travel and Lodging | San Diego | CA |
| 12/17/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 12/18/13 | 358.47 | Covidien LP | Travel and Lodging | | |
| 12/18/13 | 271.37 | Covidien LP | Travel and Lodging | Mansfield | MA |
| 12/19/13 | 18.02 | Covidien LP | Food and Beverage | Mansfield | MA |
| 12/23/13 | 18.13 | Covidien LP | Food and Beverage | | |
| 12/23/13 | 7.46 | Covidien LP | Food and Beverage | | |
| 12/30/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 12/31/13 | 698.00 | Covidien Sales LLC | Compensation for services | | |
| 12/31/13 | 277.47 | Covidien Sales LLC | Travel and Lodging | Houston | TX |
| 12/31/13 | 144.79 | Covidien Sales LLC | Travel and Lodging | Houston | TX |
| 12/31/13 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 12/31/13 | 1,105.00 | Covidien Sales LLC | Travel and Lodging | | |
| 1/2/14 | 10.00 | Covidien Sales LLC | Compensation for services | | |
| 1/2/14 | 150.29 | Covidien Sales LLC | Travel and Lodging | Oklahoma City | OK |
| 1/3/14 | 124.23 | Covidien Sales LLC | Food and Beverage | | |
| 1/6/14 | 3.77 | Covidien Sales LLC | Food and Beverage | | |
| 1/7/14 | 294.00 | Covidien Sales LLC | Travel and Lodging | San Diego | CA |
| 1/8/14 | 358.47 | Covidien LP | Travel and Lodging | Boston | MA |
| 1/8/14 | 271.37 | Covidien LP | Travel and Lodging | Boston | MA |
| 1/8/14 | 172.80 | Covidien LP | Travel and Lodging | Boston | MA |
| 1/8/14 | 172.80 | Covidien LP | Travel and Lodging | Boston | MA |
| 1/8/14 | 152.50 | Covidien Sales LLC | Travel and Lodging | San Diego | CA |
| 1/8/14 | 149.27 | Covidien LP | Travel and Lodging | Boston | MA |
| 1/10/14 | 234.19 | Covidien Sales LLC | Compensation for services | | |
| 1/10/14 | 154.73 | Covidien Sales LLC | Compensation for services | | |
| 1/10/14 | 106.78 | Covidien Sales LLC | Compensation for services | | |
| 1/29/14 | 943.00 | Covidien Sales LLC | Travel and Lodging | Irvine | CA |
| 1/29/14 | 299.35 | Covidien Sales LLC | Travel and Lodging | Irvine | CA |
| 1/29/14 | 136.11 | Covidien Sales LLC | Travel and Lodging | Irvine | CA |

Payments from the Defendants to Dr. Moran Relating to "Pipelines" or "Flow Diversion"

| Date | Amount | Payor | Type | Travel City | Travel State |
|------|--------|-------|------|-------------|--------------|
| 1/29/14 | 101.74 | Covidien Sales LLC | Travel and Lodging | Irvine | CA |
| 1/29/14 | 10.00 | Covidien Sales LLC | Travel and Lodging | Irvine | CA |
| 1/29/14 | 0.70 | Covidien Sales LLC | Travel and Lodging | Irvine | CA |
| 2/14/14 | 455.00 | Covidien Sales LLC | Travel and Lodging | Irvine | CA |
| 2/14/14 | 10.00 | Covidien Sales LLC | Travel and Lodging | Irvine | CA |
| 2/14/14 | 1,730.20 | Covidien Sales LLC | Travel and Lodging | Irvine | CA |
| 2/18/14 | 1,375.80 | Covidien Sales LLC | Travel and Lodging | Irvine | CA |
| 2/18/14 | 910.20 | Covidien Sales LLC | Travel and Lodging | Costa Mesa | CA |
| 2/18/14 | 587.88 | Covidien Sales LLC | Travel and Lodging | Los Angeles | CA |
| 2/18/14 | 10.00 | Covidien Sales LLC | Travel and Lodging | Irvine | CA |
| 2/18/14 | 10.00 | Covidien Sales LLC | Travel and Lodging | Irvine | CA |
| 3/4/14 | 1,200.00 | Covidien Sales LLC | Royalty or License | | |
| 3/4/14 | 118.82 | Covidien Sales LLC | Travel and Lodging | Costa Mesa | CA |
| 3/6/14 | 482.85 | Covidien Sales LLC | Travel and Lodging | San Diego | CA |
| 3/6/14 | 147.57 | Covidien Sales LLC | Travel and Lodging | Laguna Beach | CA |
| 3/7/14 | 143.88 | Covidien LP | Food and Beverage | | |
| 3/7/14 | 120.01 | Covidien LP | Food and Beverage | | |
| 3/7/14 | 24.17 | Covidien LP | Food and Beverage | | |
| 3/20/14 | 139.00 | Covidien Sales LLC | Travel and Lodging | Irvine | CA |
| 3/24/14 | 197.57 | Covidien LP | Food and Beverage | | |
| 3/24/14 | 14.25 | Covidien LP | Food and Beverage | | |
| 3/25/14 | 617.10 | Covidien Sales LLC | Travel and Lodging | Laguna Beach | CA |
| 3/25/14 | 198.30 | Covidien Sales LLC | Food and Beverage | | |
| 3/25/14 | 11.81 | Covidien LP | Food and Beverage | | |
| 4/7/14 | 116.01 | Covidien LP | Food and Beverage | | |
| 4/7/14 | 11.22 | Covidien LP | Food and Beverage | | |
| 4/23/14 | 60.81 | Covidien Sales LLC | Food and Beverage | | |
| 4/29/14 | 55.85 | Covidien LP | Food and Beverage | | |
| 4/29/14 | 2.81 | Covidien LP | Food and Beverage | | |
| 6/9/14 | 18.10 | Covidien LP | Food and Beverage | | |
| 6/27/14 | 170.01 | Covidien Sales LLC | Food and Beverage | | |
| 7/15/14 | 206.04 | Covidien LP | Food and Beverage | | |

Payments from the Defendants to Dr. Moran Relating to "Pipelines" or "Flow Diversion"

| Date | Amount | Payor | Type | Travel City | Travel State |
|------|--------|-------|------|-------------|--------------|
| 7/17/14 | 98.56 | Covidien LP | Food and Beverage | | |
| 7/17/14 | 25.17 | Covidien LP | Food and Beverage | | |
| 9/3/14 | 15.73 | Covidien LP | Food and Beverage | | |
| 9/23/14 | 125.87 | Covidien LP | Food and Beverage | | |
| 9/24/14 | 9,125.00 | Covidien LP | Compensation for services | | |
| 9/24/14 | 8,000.00 | Covidien LP | Consulting Fee | | |
| 9/24/14 | 5,600.00 | Covidien LP | Consulting Fee | | |
| 9/24/14 | 4,000.00 | Covidien LP | Compensation for services | | |
| 9/24/14 | 3,500.00 | Covidien LP | Consulting Fee | | |
| 9/24/14 | 2,500.00 | Covidien Sales LLC | Compensation for services | | |
| 9/24/14 | 1,125.48 | Covidien LP | Compensation for services | | |
| 9/24/14 | 133.23 | Covidien LP | Travel and Lodging | Nice | France |
| 9/24/14 | 88.01 | Covidien LP | Food and Beverage | | |
| 9/24/14 | 79.90 | Covidien LP | Travel and Lodging | Nice | France |
| 9/24/14 | 76.16 | Covidien LP | Travel and Lodging | Irvine | CA |
| 9/24/14 | 70.58 | Covidien LP | Food and Beverage | | |
| 9/24/14 | 27.00 | Covidien LP | Travel and Lodging | Irvine | CA |
| 10/7/14 | 198.02 | Covidien Sales LLC | Food and Beverage | | |
| 10/7/14 | 176.86 | Covidien Sales LLC | Food and Beverage | | |
| 10/16/14 | 123.91 | Covidien Sales LLC | Food and Beverage | | |
| 10/27/14 | 107.57 | Covidien Sales LLC | Travel and Lodging | Dallas | TX |
| 10/27/14 | 107.57 | Covidien Sales LLC | Travel and Lodging | Dallas | TX |
| 11/3/14 | 47.04 | Covidien LP | Food and Beverage | | |
| 11/21/14 | 62.06 | Covidien LP | Compensation for services | | |
| 11/21/14 | 18.68 | Covidien LP | Food and Beverage | | |
| 11/21/14 | 9.70 | Covidien LP | Food and Beverage | | |
| 11/21/14 | 6.13 | Covidien LP | Food and Beverage | | |
| 12/2/14 | 141.64 | Covidien Sales LLC | Food and Beverage | | |
| 12/2/14 | 18.43 | Covidien Sales LLC | Travel and Lodging | Memphis | TN |
| 12/3/14 | 510.42 | Covidien Sales LLC | Travel and Lodging | Nashville | TN |
| 12/15/14 | 580.92 | Covidien Sales LLC | Travel and Lodging | Oklahoma City | OK |
| 12/15/14 | 410.68 | Covidien Sales LLC | Travel and Lodging | | |

Payments from the Defendants to Dr. Moran Relating to "Pipelines" or "Flow Diversion"

| Date | Amount | Payor | Type | Travel City | Travel State |
|---|---|---|---|---|---|
| 12/16/14 | 141.91 | Covidien Sales LLC | Food and Beverage | | |
| 12/16/14 | 10.22 | Covidien Sales LLC | Food and Beverage | | |
| 12/17/14 | 42.44 | Covidien LP | Compensation for Services | | |
| 12/19/14 | 52.80 | Covidien Sales LLC | Food and Beverage | | |
| 12/22/14 | 141.93 | Covidien LP | Food and Beverage | | |
| 12/27/14 | 121.96 | Covidien Sales LLC | Food and Beverage | | |
| 12/27/14 | 98.46 | Covidien Sales LLC | Food and Beverage | | |
| 12/27/14 | 74.66 | Covidien Sales LLC | Food and Beverage | | |
| 12/28/14 | 136.09 | Covidien Sales LLC | Food and Beverage | | |
| 1/1/15 | 391.90 | Medtronic Vascular, Inc. | Travel and Lodging | Memphis | TN |
| 1/2/15 | 226.20 | Medtronic Neurovascular | Travel and Lodging | Atlanta | GA |
| 1/2/15 | 143.08 | Medtronic Neurovascular | Travel and Lodging | Kansas City | MO |
| 1/2/15 | 121.10 | Medtronic Vascular, Inc. | Travel and Lodging | Memphis | TN |
| 1/6/15 | 1,085.20 | Medtronic Neurovascular | Travel and Lodging | Kansas City | MO |
| 1/6/15 | 781.60 | Medtronic Neurovascular | Travel and Lodging | Kansas City | MO |
| 1/6/15 | 387.40 | Medtronic Neurovascular | Travel and Lodging | Atlanta | GA |
| 1/6/15 | 312.64 | Medtronic Neurovascular | Travel and Lodging | Memphis | TN |
| 1/6/15 | 251.62 | Medtronic Neurovascular | Travel and Lodging | Atlanta | GA |
| 1/6/15 | 234.32 | Medtronic Neurovascular | Travel and Lodging | Nashville | TN |
| 1/6/15 | 193.70 | Medtronic Neurovascular | Travel and Lodging | Oklahoma City | OK |
| 1/6/15 | 155.52 | Medtronic Neurovascular | Travel and Lodging | Oklahoma City | OK |
| 1/6/15 | 155.52 | Medtronic Neurovascular | Travel and Lodging | Oklahoma City | OK |
| 1/6/15 | 149.97 | Medtronic Neurovascular | Travel and Lodging | Nashville | TN |
| 1/6/15 | 15.93 | Medtronic Neurovascular | Food and Beverage | | |
| 1/7/15 | 1,101.00 | Medtronic Neurovascular | Travel and Lodging | Newport Beach | CA |
| 1/20/15 | 7,049.60 | Medtronic Neurovascular | Travel and Lodging | Madrid | Spain* |
| 1/20/15 | 799.60 | Medtronic Neurovascular | Travel and Lodging | Madrid | Spain* |
| 1/21/15 | 288.20 | Medtronic Neurovascular | Travel and Lodging | Raleigh | NC |
| 1/28/15 | 84.61 | Medtronic Neurovascular | Food and Beverage | | |
| 1/28/15 | 15.40 | Medtronic Neurovascular | Consulting Fee | | |
| 2/17/15 | 1,833.43 | Medtronic Neurovascular | Travel and Lodging | Memphis | TN |
| 2/17/15 | 1,234.00 | Medtronic Neurovascular | Travel and Lodging | Huntsville | AL |

Payments from the Defendants to Dr. Moran Relating to "Pipelines" or "Flow Diversion"

| Date | Amount | Payor | Type | Travel City | Travel State |
|------|--------|-------|------|-------------|--------------|
| 2/17/15 | 429.88 | Medtronic Neurovascular | Travel and Lodging | Chicago | IL |
| 2/17/15 | 415.38 | Medtronic Neurovascular | Travel and Lodging | Huntsville | AL |
| 2/17/15 | 207.67 | Medtronic Neurovascular | Travel and Lodging | Memphis | TN |
| 2/17/15 | 160.34 | Medtronic Neurovascular | Travel and Lodging | Chicago | IL |
| 2/17/15 | 160.34 | Medtronic Neurovascular | Travel and Lodging | Chicago | IL |
| 2/17/15 | 159.00 | Medtronic Neurovascular | Travel and Lodging | Huntsville | AL |
| 3/31/15 | 1,997.91 | Medtronic Neurovascular | Travel and Lodging | Miami | FL |
| 3/31/15 | 278.10 | Medtronic Neurovascular | Travel and Lodging | Sacramento | CA |
| 3/31/15 | 169.29 | Medtronic Neurovascular | Travel and Lodging | Miami | FL |
| 3/31/15 | 154.48 | Medtronic Neurovascular | Travel and Lodging | Los Angeles | CA |
| 3/31/15 | 135.12 | Medtronic Neurovascular | Travel and Lodging | Sacramento | CA |
| 4/1/15 | 434.12 | Medtronic Neurovascular | Travel and Lodging | Buffalo | NY |
| 4/1/15 | 65.00 | Medtronic Neurovascular | Travel and Lodging | Durham | NC |
| 4/2/15 | 510.77 | Medtronic Neurovascular | Travel and Lodging | Los Angeles | CA |
| 4/2/15 | 242.00 | Medtronic Neurovascular | Travel and Lodging | Miami | FL |
| 4/2/15 | 149.86 | Medtronic Neurovascular | Travel and Lodging | Memphis | TN |
| 4/2/15 | 148.40 | Medtronic Neurovascular | Travel and Lodging | Los Angeles | CA |
| 4/2/15 | 132.20 | Medtronic Neurovascular | Travel and Lodging | San Diego | CA |
| 4/23/15 | 198.90 | Medtronic Neurovascular | Travel and Lodging | Miami | FL |
| 4/24/15 | 2,023.74 | Medtronic Neurovascular | Travel and Lodging | Memphis | TN |
| 4/24/15 | 1,334.87 | Medtronic Neurovascular | Travel and Lodging | Nashville | TN |
| 4/24/15 | 770.13 | Medtronic Neurovascular | Travel and Lodging | Salt Lake City | UT |
| 4/24/15 | 314.10 | Medtronic Neurovascular | Travel and Lodging | Salt Lake City | UT |
| 4/24/15 | 169.00 | Medtronic Neurovascular | Travel and Lodging | Memphis | TN |
| 4/24/15 | 144.37 | Medtronic Neurovascular | Travel and Lodging | Nashville | TN |
| 4/24/15 | 108.61 | Medtronic Neurovascular | Travel and Lodging | Salt Lake City | UT |
| 5/19/15 | 135.85 | Medtronic Neurovascular | Food and Beverage | | |
| 5/19/15 | 122.44 | Medtronic Neurovascular | Food and Beverage | | |
| 5/19/15 | 118.00 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 5/19/15 | 59.66 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 5/19/15 | 58.34 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 5/19/15 | 47.73 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |

Payments from the Defendants to Dr. Moran Relating to "Pipelines" or "Flow Diversion"

| Date | Amount | Payor | Type | Travel City | Travel State |
|---|---|---|---|---|---|
| 5/19/15 | 35.00 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 5/19/15 | 32.81 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 5/20/15 | 13.09 | Medtronic Neurovascular | Food and Beverage | | |
| 5/20/15 | 4.36 | Medtronic Neurovascular | Food and Beverage | | |
| 5/22/15 | 867.03 | Medtronic Neurovascular | Travel and Lodging | Kansas City | MO |
| 5/22/15 | 143.10 | Medtronic Neurovascular | Travel and Lodging | Kansas City | MO |
| 5/22/15 | 137.28 | Medtronic Neurovascular | Travel and Lodging | Kansas City | MO |
| 5/31/15 | 137.28 | Medtronic Neurovascular | Travel and Lodging | Kansas City | MO |
| 5/31/15 | 135.44 | Medtronic Neurovascular | Travel and Lodging | Tucson | AZ |
| 6/1/15 | 871.56 | Medtronic Neurovascular | Travel and Lodging | Fort Lauderdale | FL |
| 6/11/15 | 123.65 | Medtronic Neurovascular | Food and Beverage | | |
| 6/4/15 | 100.00 | Medtronic Neurovascular | Travel and Lodging | Buffalo | NY |
| 6/4/15 | 95.00 | Medtronic Neurovascular | Travel and Lodging | Buffalo | NY |
| 6/4/15 | 75.00 | Medtronic Neurovascular | Travel and Lodging | Buffalo | NY |
| 6/10/15 | 271.60 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 6/10/15 | 243.17 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 6/10/15 | 86.00 | Medtronic Neurovascular | Travel and Lodging | Newport Beach | CA |
| 6/10/15 | 86.00 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 6/10/15 | 29.00 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 6/25/15 | 85.13 | Medtronic Vascular, Inc. | Food and Beverage | | |
| 6/26/15 | 853.23 | Medtronic Neurovascular | Travel and Lodging | Kansas City | MO |
| 6/26/15 | 233.35 | Medtronic Neurovascular | Travel and Lodging | Fort Lauderdale | FL |
| 6/26/15 | 193.53 | Medtronic Neurovascular | Travel and Lodging | Kansas City | MO |
| 6/26/15 | 159.13 | Medtronic Neurovascular | Travel and Lodging | Fort Lauderdale | FL |
| 6/26/15 | 156.59 | Medtronic Neurovascular | Travel and Lodging | Fort Lauderdale | FL |
| 6/26/15 | 82.58 | Medtronic Neurovascular | Food and Beverage | | |
| 6/29/15 | 12.88 | Medtronic Neurovascular | Food and Beverage | | |
| 7/6/15 | 61.51 | Medtronic Neurovascular | Food and Beverage | | |
| 7/6/15 | 32.98 | Medtronic Neurovascular | Food and Beverage | | |
| 7/17/15 | 17.68 | Medtronic Neurovascular | Food and Beverage | | |
| 7/17/15 | 35.00 | Medtronic Neurovascular | Food and Beverage | | |
| 7/19/15 | 16.62 | Medtronic Neurovascular | Food and Beverage | | |
| 7/21/15 | 8.75 | Medtronic Neurovascular | Food and Beverage | | |

Payments from the Defendants to Dr. Moran Relating to "Pipelines" or "Flow Diversion"

| Date | Amount | Payor | Type | Travel City | Travel State |
|---|---|---|---|---|---|
| 7/23/15 | 164.62 | Medtronic Neurovascular | Food and Beverage | | |
| 7/27/15 | 190.97 | Medtronic Neurovascular | Travel and Lodging | Jacksonville | FL |
| 7/27/15 | 179.00 | Medtronic Neurovascular | Travel and Lodging | Hollywood | FL |
| 7/27/15 | 117.43 | Medtronic Neurovascular | Food and Beverage | | |
| 7/29/15 | 166.76 | Medtronic Neurovascular | Travel and Lodging | Jacksonville | FL |
| 7/29/15 | 165.28 | Medtronic Neurovascular | Travel and Lodging | Jacksonville | FL |
| 7/29/15 | 137.28 | Medtronic Neurovascular | Travel and Lodging | Kansas City | MO |
| 8/10/15 | 622.95 | Medtronic Neurovascular | Travel and Lodging | Minneapolis | MN |
| 8/10/15 | 587.92 | Medtronic Neurovascular | Travel and Lodging | San Francisco | CA |
| 8/10/15 | 464.48 | Medtronic Neurovascular | Travel and Lodging | San Francisco | CA |
| 8/24/15 | 139.11 | Medtronic Neurovascular | Food and Beverage | | |
| 8/30/15 | 929.10 | Medtronic Neurovascular | Travel and Lodging | Minneapolis | MN |
| 8/31/15 | 161.00 | Medtronic Neurovascular | Travel and Lodging | Jacksonville | FL |
| 8/31/15 | 103.83 | Medtronic Neurovascular | Travel and Lodging | Jacksonville | FL |
| 8/31/15 | 89.00 | Medtronic Neurovascular | Travel and Lodging | Jacksonville | FL |
| 9/9/15 | 683.28 | Medtronic Neurovascular | Travel and Lodging | Oklahoma City | OK |
| 9/10/15 | 179.10 | Medtronic Neurovascular | Travel and Lodging | Oklahoma City | OK |
| 9/10/15 | 131.12 | Medtronic Neurovascular | Travel and Lodging | Oklahoma City | OK |
| 9/10/15 | 114.96 | Medtronic Neurovascular | Travel and Lodging | San Francisco | CA |
| 9/10/15 | 114.28 | Medtronic Neurovascular | Travel and Lodging | Minneapolis | MN |
| 9/21/15 | 350.76 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 9/27/15 | 206.00 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 9/27/15 | 206.00 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 9/27/15 | 112.00 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 9/27/15 | 112.00 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 9/27/15 | 533.20 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 9/29/15 | 296.20 | Medtronic Neurovascular | Travel and Lodging | Miami | FL |
| 9/29/15 | 204.00 | Medtronic Neurovascular | Travel and Lodging | Dallas | TX |
| 9/29/15 | 173.92 | Medtronic Neurovascular | Travel and Lodging | Miami | FL |
| 10/2/15 | 453.86 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 10/2/15 | 140.21 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 10/5/15 | 143.74 | Medtronic Neurovascular | Travel and Lodging | Fort Lauderdale | FL |

Payments from the Defendants to Dr. Moran Relating to "Pipelines" or "Flow Diversion"

| Date | Amount | Payor | Type | Travel City | Travel State |
|---|---|---|---|---|---|
| 10/7/15 | 206.31 | Medtronic Neurovascular | Travel and Lodging | Dallas | TX |
| 10/7/15 | 165.23 | Medtronic Neurovascular | Food and Beverage | | |
| 10/7/15 | 154.00 | Medtronic Neurovascular | Travel and Lodging | Dallas | TX |
| 10/7/15 | 139.00 | Medtronic Neurovascular | Travel and Lodging | Dallas | TX |
| 10/7/15 | 139.00 | Medtronic Neurovascular | Travel and Lodging | | |
| 10/7/15 | 134.10 | Medtronic Neurovascular | Food and Beverage | Dallas | TX |
| 10/8/15 | 169.84 | Medtronic Neurovascular | Travel and Lodging | | |
| 10/8/15 | 112.00 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 10/8/15 | 112.00 | Medtronic Neurovascular | Travel and Lodging | Irvine | CA |
| 10/14/15 | 12.52 | Medtronic Neurovascular | Food and Beverage | Irvine | CA |
| 10/14/15 | 6.41 | Medtronic Neurovascular | Compensation for services | | |
| 10/29/15 | 417.60 | Medtronic Neurovascular | Travel and Lodging | Fort Lauderdale | FL |
| 10/29/15 | 131.43 | Medtronic Neurovascular | Travel and Lodging | Fort Lauderdale | FL |
| 10/29/15 | 119.03 | Medtronic Neurovascular | Travel and Lodging | Fort Lauderdale | FL |
| 11/7/15 | 376.46 | Medtronic Neurovascular | Travel and Lodging | Houston | TX |
| 11/10/15 | 206.10 | Medtronic Neurovascular | Travel and Lodging | Fort Lauderdale | FL |
| 12/10/15 | 325.26 | Medtronic Neurovascular | Travel and Lodging | Houston | TX |
| 12/10/15 | 325.26 | Medtronic Neurovascular | Travel and Lodging | Houston | TX |
| 12/10/15 | 70.00 | Medtronic Neurovascular | Travel and Lodging | Houston | TX |
| 12/10/15 | 37.54 | Medtronic Neurovascular | Travel and Lodging | Houston | TX |

**Total**          205,710.28

This list of payments is derived from CMS Open Payments Data available at https://openpaymentsdata.cms.gov

The payments listed here are those for which the payment data lists an associated covered product of "flow diversion" or "pipeline."

* CMS' data set lists the city, state, and country of travel associated with a particular payment. For payments to Dr. Moran listing Buenos Aires as the city, the state listed in the CMS data is California and the country listed is the U.S., however this appears to be an error as there is no city of Buenos Aires in California. Presumably this was a data entry error and the payment relates to travel in Buenos Aires, Argentina. Similarly, the CMS data for payments relating to the city Madrid also list locations of California and the U.S., though there is no Madrid, California. Therefore, this exhibit lists the Travel State for these payments as Spain and Argentina, respectively.