# Pipeline Embolization Device
# Executive Summary
# P100018

Submitted by:
Chestnut Medical Technologies Inc.
173 Jefferson Drive
Menlo Park, CA

February 1, 2011

# Clinical Data Summary

## 9      Background Information

### 9.1    *Intracranial Aneurysms*

An aneurysm is an abnormal balloon-like bulging of an artery's wall.  Intracranial aneurysms (IAs, also called cerebral or brain aneurysms) are those aneurysms occurring in brain arteries.

IAs are commonly characterized by their size and shape.  This PMA concerns large (maximum fundus diameter 10-25 mm) and giant (>25 mm), and IAs that are wide-necked (neck ≥4 mm).  Large and giant IAs are uncommon,[1-5] with an estimated incidence rate in the US of approximately 2,000 per year.  An IA neck can involve part of the artery's wall, resulting in an aneurysm that is "saccular" (**Figure 9-1**) or it can involve the entire circumference of the parent artery, resulting in a "fusiform" aneurysm.  Wide-necked IAs involve much of the artery wall. IA shape has a marked impact on available treatments (see **Section 9.6**).



Saccular Aneurysm        Fusiform Aneurysm        **Wide-necked aneurysm**

**Figure 9-1 Aneurysm morphology.**

### 9.2    *Epidemiology*

This PMA concerns large and giant IAs only.  Large and giant IAs are uncommon,[1-5] with an age-adjusted incidence rate of 3.1 and 0.7 per 100,000.[1, 2]  Roughly 1/3 of IAs are in the anterior circulation.  Assuming a population of 304 million* persons at risk in the US and that 18% are in the ICA, the incidence of large and giant IAs in the internal carotid artery is approximately 2000/year (**Table 9-1**).

**Table 9-1.  Large/Giant aneurysm incidence calculation.**

| Aneurysm size | Rate | Proportion in ICA | US Annual Incidence* |
|---|---|---|---|
| Large (10-25 mm) | 3.1/100,000 | 18% | 1,696 |
| Giant (>25 mm) | 0.7/100,100 | 18% | 383 |
| Total | | | 2,079 |

*Assuming US population of 304 million

---

* <u>http://www.census.gov/popest/states/NST-ann-est.html</u>, accessed October 12, 2009

**Medtronic Response to FDA IR Letter for Pipeline Flex Embolization Device Dated February 2, 2016**

Throughout this document and for the purposes of our analysis "trackability" is defined as resistance in the catheter during device delivery and lock up or loss of movement.  Lockup is defined as the user's inability to move the device forward or backward in the microcatheter. Resheathing complication(s), in the absence of a trackability issue as defined above has been excluded from this analysis.  The reason for excluding resheathing complication from trackability analysis is because difficulty resheathing is a separate failure mode that can occur independently of a trackability issue. Trackability refers to the ability of the user to deliver the device through the microcatheter. Resheathing complications occur after successful delivery through the microcatheter in an attempt to reposition or redeploy the device.

Catheter damage such as flattening or accordion is a possible outcome of a trackability issue.  Similar catheter damage was also observed when resheathing complications were reported by the user.  Catheter damage can occur independently of a trackability issue.  This response generally only includes catheter damage reported to be associated with trackability issues and catheter damage from other causes has been excluded.

Throughout this document the delivery system of the Pipeline Flex Embolization Device (PFED) is defined as the non-implantable components of the PFED that are designed to allow for delivery of the device through a microcatheter and deployment of the braided implant at the target location. In Figure 1 below, all listed components are considered to be a part of the delivery system except for the Braid (implantable flow diverting stent) and the Introducer Sheath (component required for loading device into a microcatheter hub).



*Figure 1: PFED Schematic Diagram*

1. *Please provide the number of patients implanted with PFED within the United States and outside the United States (OUS) per year since your firm began marketing and distributing.*

**Medtronic Response:**

Medtronic has sold 3,889 PFEDs in the United States (US) and 5,004 PFEDs outside the United States (OUS) since marketing and distribution of PFED (April 2014 in OUS and January 2015 in the US) and up to January 2016. While the exact number of patients implanted with PFED within the United States and outside the US cannot be determined, for the purpose of this response, we estimated the rate of utilization of PFED per patient to be 1.6 PFEDs/patient. Using this estimate, the number of patients implanted with PFED within the United States is 2,431 and outside of the United States is 3,128. Table 1 shows the number of patients implanted with PFED within the United States and outside of the United states per year since Medtronic began marketing and distributing in respective geographies.

Table 1: Number of Patients Implanted with PFED

| Year | United States | | Outside United States | |
|---|---|---|---|---|
| | Sales | Estimated Patients | Sales | Estimated Patients |
| 2014 | 14 | 9 | 1,312 | 820 |
| 2015 | 3363 | 2102 | 3,357 | 2098 |
| 2016 | 512 | 320 | 335 | 209 |
| Total | 3889 | 2431 | 5004 | 3128 |

2. *Please summarize any evaluation and analysis completed related to known or suspected trackability issues, and include potential contributing and/or known factors in your response. Please include data within the United States and OUS for the following:*

   a. *How many complaints have been received related to trackability issues per year for PFED?*
      - *Comment on any changes in the volume of complaints and MDRs, and why you believe those changes in the volume have occurred, if applicable.*
      - *Please summarize any adverse clinical effects or outcomes described in the complaints received.*

   b. *Provide a summary or any analysis on actual causes, potential causes, or contributing factors. Please include:*
      - *The location and size of the treated aneurysms;*
      - *The number and proportion of related complaints where the aneurysms treated were within the approved indications for PFED;*
      - *The number and proportion of related complaints where the aneurysms treated were outside of the approved indications for PFED;*
      - *Whether tortuous anatomy may exacerbate trackability issues and your rationale;*
      - *Any reported structural damage to the device (e.g., frayed ends, damaged braid);*

Page **2** of **16**



*Figure 3: Location of aneurysm in reported trackability complaints*

<u>Aneurysm Size</u>

Figure 4 shows the distribution of size of aneurysm in the trackability complaints reported to us.

Observations:
The number of complaints received for small to medium (≤10mm) and large (10-25mm) size aneurysms are similar.



*Figure 4: Aneurysm Size for "Trackability" Complaints*

Page **6** of **16**

- **The number and proportion of related complaints where the aneurysms treated were within the approved indications for PFED;**

There are 122 trackability complaints used within indication outside the United States (OUS), accounting for 95% of the total OUS trackability complaints. There are 46 trackability complaints used within indication in the United States (US) accounting for 36% of the total US trackability complaints. Please note the local approved indications for use were considered for this analysis. If aneurysm size and location were reported and no data were available to confirm a contraindication, the aneurysms were assumed to be treated within the approved indications.

- **The number and proportion of related complaints where the aneurysms treated were outside of the approved indications for PFED;**

There are 4 trackability complaints confirmed to be used outside indication OUS, accounting for approximately 3% of the total OUS trackability complaints. There are 46 trackability complaints confirmed to be used outside indication in the US, accounting for 37% of the total US trackability complaints. Please note the local approved indications for use were considered for this analysis. Aneurysms were considered treated outside the approved indications if data were available to confirm the location or size of the aneurysm was outside the approved indication or that the patient was contraindicated. If the aneurysm size and location was not reported, these were considered "not reported."

Information on number of trackability complaints within and outside of approved indications is shown in Table 3.

Table 3: PFED Trackability Complaints Treated Within Approved Indications

|  | US | OUS |
|---|---|---|
| Outside Indication | 46 | 4 |
| Within Indication | 46 | 122 |
| Not Reported | 34 | 2 |

- **Whether tortuous anatomy may exacerbate trackability issues and your rationale;**

Of the 254 trackability events, 215 reported patient tortuosity. Where tortuosity was reported by the user, 56% described the patient's anatomical tortuosity as severe, 35% reported moderate.

Medtronic Neurovascular conducted an investigation relating to "trackability" complaints to evaluate actual, potential or contributing causes of the observed trackability complaints. Upon completion of this data review, we hypothesize anatomical tortuosity as a potential contributor to the "trackability" issue. Per our hypothesis, during significant

Page 7 of 16

# 2017 Pipeline Clinical Specialist
# Strategic Account Activities –POA Worksheet

Pipeline Clinical Specialist:_____     Date:_____

Account/City:_____     TM:_____

Physician(s):_____     Case Credit:_____

### Strategic Account Action Items (circle all that were completed):

## .5 Case Coverage Credit

- Pipeline PUFFS Data review.
- Pipeline IntrePED Data review.
- Review/Discuss Enterprise Registry
- Review/Discuss Neuroform Registry
- Review - Patency of Opth Art after FD
- Review Current Clinical Paper Id:_____
- Competitive FD Clin Paper Review id_____
- Pipeline Cost Savings Calculator vs. SAC.
- Admin mtg to review Pipe vs SAC savings

- Review of potential Pipeline Cases with clinicians.
- Pipeline Case follow-up live/Angio review

## 2  Case Coverage Credit – Approved in Adv.

- Coordinate primary Pipeline training for untrained clinicians Id:_____
- Schedule a Proctor to visit for Grand Rounds.
- Coordinate Physician lab visit to another lab.
- Coordinate & Host a Physician Training Program 1-3 phys.

## 1 Case Coverage Credit

- Identify and develop training curriculum to meet specific needs of physician(s)
- Schedule and implement a Pipeline Simulator training program_Elstrat Model.
- Advanced Pipeline training outside of

- Lab Day/Staff In-service
- Lab based Flow Model training.
- Flex Physician Certification Training
- Coil Case in Target Account.

- In-service NICU staff on Pipeline Formal.
- In-service Neurosurgery Office on Pipeline ID activities_____
- In-service Referral INR/Neuro Surg on Pipeline Id_____

- Fellow Pipeline Training Formal
- Fellow Flow Model Training
- Fellow clinical paper review

Comments:_____

_____

NextStep/ActionItem:_____

_____

**Strategic Activities will counted towards Case Coverage Quota if the Plan Of Action worksheet is attached and submitted to TM, RM, Pipe Mgr/Sales Ops for each activity.  See page 2 for further definition.*

# Case Quota & Strategic Activities Summary

## Case Quota & Strategic Activities:

Pipeline 2015 strategy consists of more than just covering cases, but involves the PCS as the Regional Expert on Flow Diversion. We need your experience to meet with non-adopters (never performed a Pipeline case), slow adopters, late adopters and other hospital personnel. To compensate for these strategic activities they will count towards Case Quota under the following conditions:

- Actual Case Coverage – activities on case coverage days only count as .5 credit as additional case coverage for that day.

- .5 credit case coverage for lower effort activities and duplicate activities in other nearby accounts.

- 1 credit case coverage for activities that require advanced planning and consume more than 5 hours of activity.

- 2 credit case coverage (require Mgt approval in advance of the activity) are for activities that require extra planning, effort or time and may require additional travel to achieve.

**Strategic Activity Worksheet to be completed for each strategic account activity performed and submitted to RM, TM, Pipe Mgr, and Sales Op's.**

- **Must be submitted within 2 business days to TM, RM, and National Pipeline Manager for activity to be counted.**
- **Next Step/Action Item & explanation is required for each activity.**
- **No longer accepting jpg files – Please scan with Genius Scan to PDF File or use PDF file and input the data.**

*\*\*Strategic Activities will counted towards Case Coverage Quota if the Plan Of Action worksheet is attached and submitted to TM, RM, Pipe Mgr/Sales Ops for each activity.  See page 2 for further definition.*



Pipeline™ Flex Embolization Device

Clinically Proven... Delivery Redefined.

Evolution

Flex Technology

Classic vs. Flex

In-service

Tips & Techniques

Support

COVIDIEN

140
Exhibit 6

# Pipeline™ Flex Embolization Device Technology

**Evolution** | **Flex Technology** | **Classic vs. Flex** | **In-service** | **Tips & Techniques** | **Support**

Back

Zone 4
Distal navigability to reach the M1 bifurrification

Zone 3
Distal flexibility to handle tortuous ICA

Zone 2
Flexible support to cross the aortic arch

Zone 1
Proximal support for improved pushability*

## 4-Flex Technology

Four anatomically designed flex-zones laser-cut along a hypo-tube, while maintaining a consistent outer diameter. This gives the physician support and pushability while delivering the Pipeline™ device above the petrous segment of the ICA.

Next



# PIPELINE™ FLEX TRAINING MANUAL

**Medtronic**
Further, Together

143
Exhibit 7

# DISTAL DEPLOYMENT TECHNIQUE:
*PUSH DELIVERY WIRE*

## In-Vitro Results




## In-Vivo Results



*Videos courtesy of Dr. Ricardo Hanel, Dr. Eric Sauvageau and Dr. Christopher Moran*
*Performed at Baptist Hospital, Jacksonville, FL*

**Medtronic**

146
Exhibit 8



# Tips & Techniques: Small Vessel Deployment

## Pipeline™ Flex
## Embolization Device



1.5 MM — Tip Coil — Micro-catheter

1.5 MM

1.5 MM

1.5 MM — Protective Sleeves

1.5 MM — Braid

1.5 MM

1.5 MM — Distal Marker

**Initial deployment of 5mm diameter device in 1.5 mm vessel**

- PTFE sleeves will stay in contact with distal end of braid due to limited foreshortening of device

- If there is resistance when fully resheathing the braid:
  - Deploy a portion of the braid and then try to resheath to assist in capturing the protective sleeves

Note: Delivery system can still be retrieved in a small vessel

P/N:MK100770320044AA

26 |

147
Exhibit 8

COVIDIEN

Published October 29, 2014 as 10.3174/ajnr.A4111



ORIGINAL RESEARCH
**INTERVENTIONAL**

# International Retrospective Study of the Pipeline Embolization Device: A Multicenter Aneurysm Treatment Study

D.F. Kallmes, R. Hanel, D. Lopes, E. Boccardi, A. Bonafé, S. Cekirge, D. Fiorella, P. Jabbour, E. Levy, C. McDougall, A. Siddiqui, I. Szikora, H. Woo, F. Albuquerque, H. Bozorgchami, S.R. Dashti, J.D. Almandoz, M.E. Kelly, R. Turner IV, B.K. Woodward, W. Brinjikji, G. Lanzino, and P. Lylyk



## ABSTRACT

**BACKGROUND AND PURPOSE:** Flow diverters are increasingly used in the endovascular treatment of intracranial aneurysms. Our aim was to determine neurologic complication rates following Pipeline Embolization Device placement for intracranial aneurysm treatment in a real-world setting.

**MATERIALS AND METHODS:** We retrospectively evaluated all patients with intracranial aneurysms treated with the Pipeline Embolization Device between July 2008 and February 2013 in 17 centers worldwide. We defined 4 subgroups: internal carotid artery aneurysms of $\geq$10 mm, ICA aneurysms of <10-mm, other anterior circulation aneurysms, and posterior circulation aneurysms. Neurologic complications included spontaneous rupture, intracranial hemorrhage, ischemic stroke, permanent cranial neuropathy, and mortality. Comparisons were made with $t$ tests or ANOVAs for continuous variables and the Pearson $\chi^2$ or Fisher exact test for categoric variables.

**RESULTS:** In total, 793 patients with 906 aneurysms were included. The neurologic morbidity and mortality rate was 8.4% (67/793), highest in the posterior circulation group (16.4%, 9/55) and lowest in the ICA <10-mm group (4.8%, 14/294) ($P = .01$). The spontaneous rupture rate was 0.6% (5/793). The intracranial hemorrhage rate was 2.4% (19/793). Ischemic stroke rates were 4.7% (37/793), highest in patients with posterior circulation aneurysms (7.3%, 4/55) and lowest in the ICA <10-mm group (2.7%, 8/294) ($P = .16$). Neurologic mortality was 3.8% (30/793), highest in the posterior circulation group (10.9%, 6/55) and lowest in the anterior circulation ICA <10-mm group (1.4%, 4/294) ($P < .01$).

**CONCLUSIONS:** Aneurysm treatment with the Pipeline Embolization Device is associated with the lowest complication rates when used to treat small ICA aneurysms. Procedure-related morbidity and mortality are higher in the treatment of posterior circulation and giant aneurysms.

**ABBREVIATIONS:** IntrePED = International Retrospective Study of Pipeline Embolization Device; IPH = intraparenchymal hemorrhage; PED = Pipeline Embolization Device

Endoluminal flow-diverter therapy has gained widespread acceptance for the treatment of intracranial aneurysms.[1-4] High rates of complete aneurysm occlusion have been reported, even in large and giant aneurysms, with the use of endoluminal flow diverters.[1-7] The Pipeline Embolization Device (PED; Covidien, Irvine, California) received CE mark approval in 2008 for the embolization of cerebral aneurysms and received US FDA approval in 2011 (PMA P100018) for the treatment of large and giant wide-neck aneurysms in the internal carotid artery, from the petrous to the superior hypophyseal segments. While numerous previous studies have reported overall rates of adverse events similar to

Received March 27, 2014; accepted after revision June 23.

From the Department of Radiology (D.F.K., W.B., G.L.), Mayo Clinic, Rochester, Minnesota; Department of Neurosurgery (R.H.), Mayo Clinic, Jacksonville, Florida; Department of Neurological Surgery (D.L.), Rush University Medical Center, Chicago, Illinois; Department of Neurology (E.B.), Niguarda Ca' Granda Hospital, Milan, Italy; Department of Neuroradiology (A.B.), Hôpital Gui de Chauliac, Montpellier, France; Department of Radiology (S.C.), Hacettepe University Hospitals, Ankara, Turkey; Department of Neurological Surgery (D.F., H.W.), Stony Brook University Medical Center, Stony Brook, New York; Department of Neurosurgery (P.J.), Thomas Jefferson University, Philadelphia, Pennsylvania; Department of Neurosurgery (E.L., A.S.), University at Buffalo, State University of New York, Buffalo, New York; Department of Neurosurgery (C.M., F.A.), Barrow Neurological Associates, Phoenix, Arizona; National Institute of Neurosciences (I.S.), Budapest, Hungary; Department of Neurology (H.B.), Oregon Health and Science University, Portland, Oregon; Norton Neuroscience Institute (S.R.D.), Louisville, Kentucky; Department of Radiology (J.D.A.), Neuroscience Institute, Abbott Northwestern Hospital, Minneapolis, Minnesota; Division of Neurosurgery, Department of Surgery (M.E.K.), University of Saskatchewan, Saskatoon, Saskatchewan, Canada;

Department of Neurosciences (R.T.), Medical University of South Carolina, Charleston, South Carolina; Vista Radiology PC (B.K.W.), Knoxville, Tennessee; and Department of Neuroscience (P.L.), Equipo de Neurocirugía Endovascular Radiología Intervencionista, Buenos Aires, Argentina.

Preliminary results of this study previously presented at: Annual Meeting of the Society of NeuroInterventional Surgery, July 29–August 1, 2013; Miami, Florida.

Please address correspondence to David Kallmes, MD, Mayo Clinic, 200 First St SW, OL1-112 SMH, Rochester, MN 55905; e-mail: Kallmes.david@mayo.edu

■ Indicates article with supplemental on-line appendix.

http://dx.doi.org/10.3174/ajnr.A4111

Copyright 2014 by American Society of Neuroradiology.

149

Exhibit 9

those in other endovascular procedures, case reports and small case series documenting severe and "unexpected" complications have raised questions about the safety of these devices.[1,3,8,9] Severe and unexpected adverse events include spontaneous rupture of treated aneurysms and intraparenchymal intracranial hemorrhage unrelated to aneurysm rupture.[8,10-12] These reports led to policies in some regions mandating concomitant coil embolization with flow-diverter therapy to mitigate the risk of spontaneous aneurysm rupture.[13]

Most previous literature on flow-diversion therapy comprised single-center case series, either retrospective or prospective, and has substantial selection bias, which may affect the rates of severe and unexpected adverse events. These biases may be diminished through pooling of consecutive patients treated at multiple centers in a "real-world" setting, with homogeneous end points and methods of data analysis. The International Retrospective Study of Pipeline Embolization Device (IntrePED) registry was designed for this purpose and to determine rates of important neurologic safety events following PED placement for intracranial aneurysm treatment.

## MATERIALS AND METHODS

### Study Design and Participants

We retrospectively evaluated all patients with intracranial aneurysms treated with the Pipeline Embolization Device between July 2008 and February 2013 in 6 countries in 17 centers experienced in PED use. Local institutional review boards or ethics committees approved the study and use of patients' retrospective data. An institutional review board/ethics committee waiver of informed consent (and Health Insurance Portability and Accountability Act Waiver of Authorization for US sites) or a sponsor institutional review board/ethics committee–approved informed consent form was obtained from each participating site. Written informed consent was obtained from each patient, if required. This observational registry was funded and supported by Covidien, with scientific oversight of the study steering committee members. Physicians who contributed data for this study were endovascular-trained neurointerventionalists. Each site that participated was required to have at least 1 physician who had treated a minimum of 10 PED cases before the time of institutional review board/ethics committee approval for the study. Unless an investigator had been a participant in a clinical study before commercialization of the PED, this study captures the investigators' experience as new users of the device. A majority of the 26 IntrePED physicians were new users, and their early cases were included in the registry.

Data were collected from the time of the first commercial use of PED at a site until the time of institutional review board/ethics committee approval of the study protocol for that site. Investigational centers were required to provide data on all consecutive patients to eliminate selection bias, provided that the patients fulfilled the following conditions: 1) received PED treatment for an intracranial aneurysm after the date of regulatory approval in that region or country, and 2) had a clinical evaluation following treatment during the window of time before institutional review board/ethics committee approval. Because this was a retrospective study, there were no patients lost to follow-up.

Seven hundred ninety-three patients treated for 906 aneurysms were enrolled. Many patients (38%) had been previously reported in the literature.[14-29] We defined 4 primary anatomic/ size subgroups: internal carotid artery aneurysms ≥10 mm ("large ICA"), ICA aneurysms of <10 mm ("small ICA"), other anterior circulation aneurysms ("other anterior"), and posterior circulation aneurysms.

### Procedures

Because this was a retrospective study, procedural details and periprocedural patient management varied across centers. All centers used a common study protocol that specified the data to be collected, study end points, events of interest, and statistical analyses. The Steering Committee defined neurologic "clinical safety events of interest" a priori, including spontaneous rupture of the target aneurysm causing subarachnoid hemorrhage or cavernous carotid fistula, intraparenchymal hemorrhage (IPH) (both ipsilateral and contralateral), ischemic stroke, parent artery stenosis, and permanent cranial neuropathy. Site investigators identified events of interest according to the study protocol through retrospective review of the patient's record. All events of interest were reviewed in detail by an Adverse Events Review Committee, comprising of 3 members of the Steering Committee, including the overall study principal investigator. The committee determined the category of event and whether the event was major or minor. A "major" adverse event was defined as an ongoing clinical deficit at 7 days following the event. "Minor" adverse events were defined as events that resolved within 7 days with no clinical sequelae. All major adverse events are included in the neurologic morbidity and mortality rates. Long-term neurologic morbidity and mortality rates included morbidity and mortality due to adverse events occurring any time in the postoperative period (<30 days and ≥30 days). Information collected during the study was standardized across centers and included baseline characteristics of patients and aneurysms, procedural information, prespecified clinical safety events of interest, and follow-up clinic visits or telephone calls. A list of data collected for each patient/aneurysm is provided in the On-line Appendix. Because this was a retrospective study, the timing of the patient follow-up evaluations was conducted per institution standard of care.

### Statistical Analysis

Statistical analyses were performed by using SAS, Version 9.1 or higher (SAS Institute, Cary, North Carolina). Summary statistics are presented for all data available by using means and SDs for continuous variables and frequency tabulations for categoric variables. Comparisons between groups for continuous variables were evaluated by using $t$ tests or ANOVAs and the Fisher exact test or Pearson $\chi^2$ for binary categoric variables. Most statistical analyses were performed across patient groups—that is, on a per-patient basis. Because some patients had >1 aneurysm treated with a PED, however, each patient's first aneurysm was used to classify patients into the 4 anatomic/size subgroups, and the largest aneurysm was used to classify patients into the 3 aneurysm size categories. Some analyses, including aneurysm characteristics and spontaneous ruptures across aneurysm-size groups, were performed across all aneurysms rather than across patients.

**Table 1: Aneurysm characteristics**

| Aneurysm Characteristics | Anterior ICA ≥10 mm (n = 311) | Anterior <10 mm (n = 349) | Posterior (n = 59) | Other Anterior ≥10 mm (n = 178) | Total (n = 896)* | P Value |
|---|---|---|---|---|---|---|
| Aneurysm size (mm) | | | | | | <.001 |
| Mean ± SD | 16.8 ± 6.2 | 5.2 ± 2.2 | 14.5 ± 9.0 | 9.8 ± 7.9 | 10.7 ± 7.7 | |
| Median, range | 15.0, 10.0–42.0 | 5.0, 1.0–9.9 | 11.8, 1.7–45.0 | 7.2, 1.0–55.0 | 9.0, 1.0–55.0 | |
| Aneurysm type | | | | | | |
| Small | 0 | 349/349 (100%) | 19/58 (32.8%) | 105/178 (59.0%) | 473/897 (52.8%) | |
| Large | 268/311 (86.2%) | 0 | 29/58 (50.0%) | 60/178 (33.7%) | 357/897 (39.8%) | |
| Giant | 43/311 (13.8%) | 0 | 10/58 (17.2%) | 13/178 (7.3%) | 66/897 (7.3%) | |
| Aneurysm neck (mm) | | | | | | <.001 |
| Mean ± SD | 8.5 ± 5.1 | 4.1 ± 2.2 | 9.3 ± 8.4 | 5.3 ± 5.1 | 6.2 + 4.9 | |
| Median, range | 7.6, 0.9–50.0 | 4.0, 0.8–22.0 | 8.0, 1.7–53.0 | 4.0, 1.0–50.0 | 5.0, 0.8–53.0 | |
| Aneurysm shape | | | | | | <.001 |
| Fusiform | 49/311 (15.8%) | 17/349 (4.9%) | 17/59 (28.8%) | 29/178 (16.3%) | 112/897 (12.5%) | |
| Saccular | 239/311 (76.9%) | 305/349 (87.4%) | 25/59 (42.4%) | 118/178 (66.3%) | 686/897 (76.5%) | |
| Dissecting | 10/311 (3.2%) | 8/349 (2.3%) | 13/59 (22.0%) | 22/178 (12.4%) | 53/897 (5.9%) | |
| Other | 13/311 (4.2%) | 19/349 (5.4%) | 4/59 (6.8%) | 9/178 (5.1%) | 46/897 (5.1%) | |
| Aneurysm location | | | | | | <.001 |
| Internal carotid artery | 311/311 (100%) | 349/349 (100%) | 0 | 0 | 660/897 (73.6%) | |
| Middle cerebral artery | 0 | 0 | 0 | 43/178 (24.2%) | 43/897 (4.8%) | |
| Posterior cerebral artery | 0 | 0 | 15/59 (25.4%) | 0 | 15/897 (1.7%) | |
| Basilar artery | 0 | 0 | 44/59 (74.6%) | 0 | 44/897 (4.9%) | |
| Other | 0 | 0 | 0 | 135/178 (75.8%) | 135/897 (15.1%) | |
| Presented with ruptured aneurysm | 12/311 (3.9%) | 24/345 (7.0%) | 4/59 (6.8%) | 34/176 (19.3%) | 74/891 (8.2%) | <.001 |
| Multiple PEDs used | 143/311 (46.0%) | 97/347 (28.0%) | 19/59 (32.2%) | 47/178 (26.4%) | 306/895 (34.2%) | <.001 |

**Note:**—*n* indicates the number of aneurysms.
* Aneurysm size was not reported for 10 aneurysms.

*Role of the Funding Source*

An academic principal investigator and an academic steering committee supervised the trial design and operations. The steering committee interpreted the results, and the principal investigator wrote the report. The study sponsor was responsible for site management, data management, statistical analysis, and safety reporting. The corresponding author was the academic principal investigator for the study and had full access to all study data and the final responsibility for the decision to submit for publication.

**RESULTS**

Seven hundred ninety-three patients with 906 aneurysms (76 [8.4%] ruptured, 824 [91%] unruptured, and 6 [0.7%] unknown) were included. Three hundred eleven aneurysms (34.3%) were ICA ≥10 mm, 349 aneurysms (38.5%) were ICA <10 mm, 59 aneurysms (6.5%) were in the posterior circulation, and 178 aneurysms (19.6%) were ≥10 mm and located in anterior circulation locations other than the ICA. Combined location/size information was not available for 9 aneurysms. Posterior circulation aneurysms were generally large, with an average size of 14.5 ± 9.0 mm. Patients with non-ICA anterior circulation aneurysms presented with aneurysm rupture in 19.3% of cases (34/176), a significantly higher rate than that in the other groups (P < .001). Four hundred seventy-three aneurysms (52.8%) were small, 357 aneurysms (39.8%) were large, and 66 aneurysms (7.3%) were giant. Median follow-up was 19.3 months with 706 (89%) patients having follow-up of >12 months. Size information was not available for 10 aneurysms.

Multiple PEDs were used in 308 cases (34.2%). Patients with ICA aneurysms ≥10 mm had the highest rate of multiple PED use (46.0%, 143/311) and were significantly more likely to receive treatment with multiple PEDs compared with the other groups (P < .001). Mean procedure time was 101 minutes 30 seconds ±

50 minutes 30 seconds and was highest in the ICA aneurysms ≥10-mm group (111 minutes 24 seconds ± 56 minutes 36 seconds) (P < .01). Aneurysm data are summarized in Table 1.

The 30-day morbidity and mortality rate was 6.3% (50/793) with a 30-day neurologic morbidity rate of 5.7% (44/793) and a 30-day neurologic mortality rate of 2.6% (21/793). The long-term neurologic morbidity and mortality rate was 8.4% (67/793) with a neurologic morbidity rate of 7.4% (59/793) and a neurologic mortality rate of 3.8% (30/793). Individual morbidity and mortality rates did not add up to the total combined morbidity and mortality rate because some patients had >1 neurologic morbidity. The morbidity and mortality rates were highest in the posterior circulation group (16.4%, 9/55) and lowest in the ICA <10 mm group (4.8%, 14/294). The morbidity and mortality rates were higher in patients with giant aneurysms compared with those with large and small aneurysms (25.8% versus 8.8% versus 5.4%, P < .01). When patients with ruptured, dissecting, or fusiform aneurysms were excluded, the overall morbidity and mortality rate was 5.7%.

The spontaneous rupture rate was 0.6% (5/793), with 2 of the 5 events being cavernous carotid fistulas with clinical sequelae. Four of the 5 cases occurred within 30 days. There was no difference in the spontaneous rupture rate among the 4 groups (P = .17). Spontaneous rupture was higher in giant aneurysms (4.5%, 3/66) compared with large (0.6%, 2/357) and small aneurysms (0.0%, 0/473) (P < .001). Overall the intraparenchymal hemorrhage rate was 2.4% (19/793). There was no difference in the hemorrhage rate among the primary patient subgroups (P = .73) or among aneurysm sizes (P = .24). Fifteen (79%) of the 19 hemorrhages occurred within 30 days of the procedure.

The ischemic stroke rate was 4.7% (37/793). A majority of strokes occurred within 30 days of treatment (26/793, 3.3%). The

**Table 2: Complications by aneurysm location and size subgroups**

| Complications | Anterior ICA ≥10 mm (n = 275) | Anterior ICA <10 mm (n = 294) | Posterior (n = 55) | Other Anterior (n = 165) | Total (n = 793)[a] | 95% CI; P Value |
|---|---|---|---|---|---|---|
| Mean aneurysm size (mm) | 16.8 ± 6.2 | 5.2 ± 2.2 | 14.5 ± 9.0 | 9.8 ± 7.9 | 10.7 ± 7.7 | (10.2–11.2); <.001 |
| Spontaneous rupture | 4 (0.7%) | 0 (0.0%) | 0 (0.0%) | 1 (0.6%) | 5 (0.6%) | (0.2%–1.5%); .17 |
| Intraparenchymal hemorrhage | 6 (2.2%) | 6 (2.0%) | 1 (1.8%) | 6 (3.6%) | 19 (2.4%) | (1.3%–3.4%); .73 |
| Ischemic stroke | 15 (5.5%) | 8 (2.7%) | 4 (7.3%) | 10 (6.1%) | 37 (4.7%) | (3.2%–6.2%); .16 |
| Parent artery stenosis | 1 (0.4%) | 1 (0.4%) | 0 (0.0%) | 0 (0.0%) | 2 (0.3%) | (0%–0.7%); 1.0 |
| Cranial neuropathy | 2 (0.7%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (0.3%) | (0%–0.7%); .30 |
| Neurologic morbidity | 24 (8.7%) | 14 (4.5%) | 5 (9.1%) | 16 (9.7%) | 59 (7.4%) | (5.6%–9.2%); .16 |
| Neurologic mortality | 11 (4.0%) | 4 (1.4%) | 6 (10.9%) | 9 (5.5%) | 30 (3.8%) | (2.5%–5.1%); <.01 |
| Neurologic morbidity and mortality (all patients) | 26 (9.5%) | 14 (4.8%) | 9 (16.4%) | 18 (10.9%) | 67 (8.4%) | (6.5%–10.3%); .01 |
| Neurologic morbidity and mortality (patients with unruptured aneurysms) | 24/263 (9.2%) | 11/270 (4.1%) | 7/51 (13.7%) | 11/131 (8.4%) | 53/717 (7.4%) | (5.5%–9.3%); .03 |
| Neurologic morbidity and mortality (patients with ruptured aneurysms) | 2/12 (16.7%) | 3/24 (12.5%) | 2/4 (50.0%) | 7/34 (20.6%) | 14/76 (18.4%) | (10.0%–27.1%); .35 |
| Neurologic morbidity and mortality (excluding ruptured, dissecting, or fusiform aneurysms) | 15 (7.0%) | 9 (3.6%) | 3 (12.0%) | 6 (6.8%) | 33 (5.7%) | (4.1%–7.3%); .19 |

**Note:**—n indicates the number of patients.
[a] Numbers do not sum across categories and subcategories because some patients experienced >1 event.

**Table 3: Occurrence of complications by time**

| Complications | <72 Hours Anterior (n = 738) | <72 Hours Posterior (n = 55) | 72 Hours–30 Days Anterior (n = 738) | 72 Hours–30 Days Posterior (n = 55) | >30 Days Anterior (n = 738) | >30 Days Posterior (n = 55) | Total (n = 793)[a] | P Value |
|---|---|---|---|---|---|---|---|---|
| Spontaneous rupture | 1 (0.1%) | 0 (0%) | 3 (0.4%) | 0 (0%) | 1 (0.1%) | 0 (0%) | 5 (0.6%) | .51 |
| Intraparenchymal hemorrhage | 3 (0.4%) | 1 (1.8%) | 11 (1.5%) | 0 (0%) | 4 (0.5%) | 0 (0%) | 19 (2.4%) | .83 |
| Ischemic stroke | 17 (2.3%) | 2 (3.6%) | 7 (0.9%) | 0 (0%) | 9 (1.2%) | 2 (3.6%) | 37 (4.7%) | .58 |
| Parent artery stenosis | 0 (0%) | 0 (0%) | 1 (0.1%) | 0 (0%) | 1 (0.1%) | 0 (0%) | 2 (0.3%) | .63 |
| Cranial neuropathy | 0 (0%) | 0 (0%) | 2 (0.3%) | 0 (0%) | 0 (0%) | 0 (0%) | 2 (0.3%) | .58 |
| Neurologic morbidity | 20 (2.7%) | 3 (5.5%) | 21 (2.8%) | 0 (0%) | 13 (1.8%) | 2 (3.6%) | 59 (7.4%) | .56 |
| Neurologic mortality | 4 (0.5%) | 1 (1.8%) | 13 (1.8%) | 2 (3.6%) | 7 (0.9%) | 3 (5.5%) | 30 (3.8%) | <.01 |
| Neurologic morbidity and mortality (all patients) | 23 (3.1%) | 3 (5.5%) | 22 (3.0%) | 2 (3.6%) | 13 (1.8%) | 4 (7.3%) | 67 (8.4%) | <.01 |
| Neurologic morbidity and mortality (patients with unruptured aneurysms) | 19/664 (2.9%) | 3/51 (5.9%) | 16/664 (2.4%) | 1/51 (2.0%) | 11/664 (1.7%) | 3/51 (5.9%) | 53/717 (7.4%) | .08 |
| Neurologic morbidity and mortality (patients with ruptured aneurysms) | 4/70 (5.7%) | 0/4 (0%) | 6/70 (8.6%) | 1/4 (25.0%) | 2/70 (2.9%) | 1/4 (25.0%) | 14/76 (18.4%) | .17 |
| Neurologic morbidity and mortality (excluding ruptured, dissecting, or fusiform aneurysms) | 13/549 (2.4%) | 1/25 (4.0%) | 12/549 (2.2%) | 0/25 (0%) | 5/549 (0.9%) | 2/25 (8.0%) | 33/575 (5.7%) | .41 |

**Note:**—n indicates the number of patients.
[a] Numbers do not sum across categories and subcategories because some patients experienced >1 event.

highest stroke rates were seen in patients with posterior circulation aneurysms (7.3%, 4/55) and the "other anterior circulation" group (6.1%, 10/165). The anterior circulation ICA <10-mm group had the lowest stroke rates (2.7%, 8/294) (P = .16). When studying differences based on aneurysm size, patients with giant aneurysms had the highest stroke rates (14.5% 9/62) compared with patients with large (5.0%, 17/339) and small aneurysms (2.8%, 11/386) (P < .01).

In-stent stenosis occurred in 0.3% (2/793) with no significant differences among groups (P = 1.0). Permanent cranial neuropathy occurred in 0.3% (2/793) of patients with no significant differences among groups (P = .30). These data are summarized in Tables 2–4.

Neurologic mortality was 3.8% (30/793) and was significantly different among the 4 primary patient subgroups (P < .01). The 30-day mortality rate was 2.5% (20/793), which represented nearly two-thirds of all mortality observed in the average 19.3 months of follow-up. Patients with posterior circulation aneurysms had the highest rate of neurologic mortality (10.9%, 6/55), and patients with anterior ICA <10-mm aneurysms had the low-

est neurologic mortality (1.4%, 4/294). The mortality rate was significantly higher in patients with giant aneurysms compared with those with large and small aneurysms, respectively (9.6% versus 5.0% versus 1.8%, P < .01). The overall mortality rate in patients who presented with ruptured aneurysms was 10.5% (8/76), with no significant differences among groups (P = .11). These data are summarized in Tables 2–4.

In addition to the above-listed major events, 5 cases of intracranial hemorrhage, 15 cases of ischemic strokes, and 5 cases of parent artery stenosis were also observed as minor events in which the patient's symptoms resolved within 7 days of the event occurrence with no clinical sequelae. Three additional deaths were reported due to non-neurologic reasons.

## DISCUSSION

This large multicenter study of flow-diversion therapy demonstrated a neurologic morbidity and mortality rate of 8.4%. Most adverse events were ischemic strokes from thromboembolic complications and were substantially more common in large, anterior circulation aneurysms and posterior circulation aneurysms com-

**Table 4: Complications by aneurysm size**

| Complications | Small (n = 386) (N = 473) | | Large (n = 339) (N = 357) | | Giant (n = 62) (N = 66) | | Total (n = 793)[a,b] (N = 906) | P Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Anterior (n = 372) | Posterior (n = 14) | Anterior (n = 309) | Posterior (n = 30) | Anterior (n = 52) | Posterior (n = 10) | | |
| Mean aneurysm size (mm) | 5.1 ± 2.2 | 6.0 ± 2.6 | 14.8 ± 4.0 | 15.0 ± 4.3 | 28.8 ± 5.3 | 29.1 ± 7.2 | 10.7 ± 7.7 | <.001 |
| Spontaneous rupture | 0 (0%) | 0 (0%) | 2 (0.5%) | 0 (0%) | 3 (5.8%) | 0 (0%) | 5 (0.6%) | <.01 |
| Intraparenchymal hemorrhage | 7 (1.9%) | 0 (0%) | 8 (2.6%) | 0 (0%) | 3 (5.8%) | 1 (10.0%) | 19 (2.4%) | .24 |
| Ischemic stroke | 10 (2.7%) | 1 (7.1%) | 16 (5.2%) | 1 (3.3%) | 7 (13.5%) | 2 (20.0%) | 37 (4.7%) | <.01 |
| Parent artery stenosis | 1 (0.3%) | 0 (0%) | 1 (0.3%) | 0 (0%) | 0 (0%) | 0 (0%) | 2 (0.3%) | 1.0 |
| Cranial neuropathy | 0 (0%) | 0 (0%) | 2 (0.6%) | 0 (0%) | 0 (0%) | 0 (0%) | 2 (0.3%) | .41 |
| Neurologic morbidity | 18 (4.8%) | 1 (7.1%) | 24 (7.8%) | 1 (3.3%) | 12 (23.1%) | 3 (30.0%) | 59 (7.4%) | <.01 |
| Neurologic mortality | 6 (1.6%) | 1 (7.1%) | 15 (4.9%) | 2 (6.7%) | 3 (5.8%) | 3 (30.0%) | 30 (3.8%) | <.01 |
| Neurologic morbidity and mortality[a] (all patients) | 19 (5.1%) | 2 (14.3%) | 27 (8.7%) | 3 (10.0%) | 12 (23.1%) | 4 (40.0%) | 67 (8.4%) | <.01 |
| Neurologic morbidity and mortality (patients with unruptured aneurysms) | 11/321 (3.4%) | 1/12 (8.3%) | 23/291 (7.9%) | 3/29 (10.3%) | 12/51 (23.5%) | 3/9 (33.3%) | 53/717 (7.4%) | <.01 |
| Neurologic morbidity and mortality (patients with ruptured aneurysms) | 8/51 (15.7%) | 1/2 (50.0%) | 4/18 (22.2%) | 0/1 (0%) | 0/1 (0%) | 1/1 (100%) | 14/76 (18.4%) | .23 |
| Neurologic morbidity and mortality (excluding ruptured, dissecting, or fusiform aneurysms) | 11/294 (3.7%) | 0/7 (0%) | 12/217 (5.5%) | 2/13 (15.4%) | 7/37 (18.9%) | 1/5 (20.0%) | 33/574 (5.7%) | <.01 |

**Note:**—n indicates the number of patients; N, number of aneurysms.
[a] Six patients did not have aneurysm size reported.
[b] Numbers do not sum across categories because some patients experienced >1 event.

pared with small, anterior circulation aneurysms. Spontaneous aneurysm rupture was rare, occurring in 0.6% of patients, with 3/5 events occurring within giant aneurysms. Intraparenchymal hemorrhage, unrelated to rupture of the target aneurysm but resulting in major neurologic deficit, was noted in 2.4% of patients. These results are important because they provide clarity regarding the previously noted severe and unexpected adverse events associated with flow-diversion therapy in a real-world setting. Our data suggest strongly that spontaneous aneurysm rupture is not of clinical concern in non-giant aneurysms. Parenchymal hemorrhage remains of concern, especially because its etiology is unclear.

Our findings corroborate those of numerous previously published smaller studies and meta-analyses. Previously published studies have demonstrated morbidity and mortality rates ranging from 0%–12% and 0%–7%, respectively.[30-32] Two large meta-analyses of flow-diverter treatment demonstrated morbidity rates of 5.0%–7.3% and mortality rates of 2.8%–4.0%.[1,3] Our study, which is the largest clinical study of PED to date to our knowledge, demonstrated a 30-day morbidity rate of 5.5% (44/793) and a 30-day mortality rate of 2.5% (20/793).

Posttreatment aneurysm rupture is a serious concern of flow-diverter therapy. Concerns for postoperative aneurysm rupture with flow diverters are so serious that Balt Extrusion issued a medical device alert instructing practitioners not to use the Silk flow diverter (Balt Extrusion, Montmorency, France) without coils due to the "potential for patient death."[13] In their meta-analysis of flow-diverter treatment, which included the PED and Silk flow-diverter devices, Brinjikji et al[3] found an overall postoperative rupture rate of 4%, with an early rupture rate of 3% with a significantly higher rupture rate in large and giant aneurysms. Our study demonstrated a posttreatment rupture rate of <1%, 3/5 occurring among patients with giant aneurysms. While postoperative rupture rates are minimal in patients with small and large aneurysms, postoperative rupture remains a real and significant complication of Pipeline treatment in patients with giant aneurysms.

Spontaneous IPH is a poorly understood complication of

flow-diverter treatment. Hemorrhagic transformation of ischemic stroke, hemodynamic alteration from flow-diverter placement, dual antiplatelet therapy, potential association with intraprocedural foreign body emboli, and the significant role of P2Y12 receptor overinhibition are proposed mechanisms.[8,14,15,33] Prior studies have reported rates ranging from 0% to 10% for this complication.[8,30,34,35] In their meta-analysis, Brinjikji et al[3] found an IPH rate of 3.0%. Arrese et al[1] found a postoperative hemorrhage rate of 1.8%, not stratifying by SAH and IPH. Our study found an IPH rate of 2.4%. Similar to prior studies, our study found no difference in IPH rates by aneurysm size or location.[3]

Ischemic strokes due to thromboembolism and perforator infarctions are well-described complications of flow-diverter treatment. Ischemic stroke may result from stent wall thrombus formation and occlusion, parent artery occlusion, or distal thromboembolic events. Our study found an ischemic stroke rate of 4.7%, with higher rates in posterior circulation aneurysms compared with the ICA aneurysm <10-mm group (7.3% versus 2.7%).[1,3,9,36] Similar to Brinjikji et al,[3] we also found that the stroke rate increased with aneurysm size as patients with large and giant aneurysms had higher stroke rates than those with small aneurysms. Intraoperatively, acute thrombus formation can be mitigated by prompt injection of glycoprotein IIb/IIIa platelet inhibitors; however, it is difficult to reduce the long-term risk of thromboembolic events associated with flow-diverter treatment.[37]

Endosaccular coiling (with or without stent assistance) is an alternative to flow-diverter therapy. A systematic review of stent-assisted coiling by McLaughlin et al[38] found an intraprocedural complication rate of 4.0%, a postprocedural thromboembolic event rate of 4.3%, and a delayed in-stent stenosis rate of 5.3%. These complication rates are similar to the findings of our study on the PED. In a study of stent-assisted coiling in patients with subarachnoid hemorrhage, Bodily et al[39] found a clinically significant thromboembolic event rate of 6%. A meta-analysis by Shapiro et al[40] found that the overall procedural complication rate associated with stent coiling was 19%, the thromboembolic complication rate was 10%, and the periprocedural mortality was

153
Exhibit 9

2.1%. In the Neuroform stent (Stryker Neurovascular, Kalamazoo, Michigan) experience in 284 patients, Fiorella et al[41] reported a cumulative ischemic stroke rate of 8.8% and a 2.8% neurovascular death rate. They also reported that 15.1% of the cases had major recanalization requiring retreatment. Piotin et al[42] reported results on the treatment of aneurysms with coils, with and without stents, in 1137 patients. The rate of permanent neurologic procedure-related complications was 7.4% of the procedures with stents versus 3.8% in the procedures without stents ($P = .64$). Procedure-induced mortality occurred in 4.6% of the procedures with stents versus 1.2% in the procedures without stents ($P = .006$). The rate of thrombotic complications in the stent group was 14.8%, accounting for 11.1% of mortalities.[42] Retrospective studies comparing flow diversion with the PED with coiling (with and without stent assistance) have demonstrated that the PED provides higher aneurysm occlusion rates with similar morbidity and mortality rates.[23,43] In our study, anterior circulation aneurysms measuring <10 mm had the lowest neurologic morbidity and mortality rates (4.8%). These findings corroborate those of a previous study comparing the PED with stent-assisted coiling of patients with small, unruptured anterior circulation aneurysms, which demonstrated a complication rate of 5% in the PED group and 3% in the stent-assisted coiling group.[43] Given the wide range of treatment options available for the endovascular treatment of intracranial aneurysms, careful study and stratification of outcomes by aneurysm location and size are recommended to determine the best treatment for each patient. Ultimately, further comparative studies, especially in the case of small ICA aneurysms, are needed to determine which subsets of intracranial aneurysms would benefit most from PED placement compared with endosaccular coiling.

## Limitations
Our study has limitations. It was a retrospective study in which sites followed their standard of practice for treating aneurysms with PED, and there was a wide range of treatment regimens (eg, antiplatelet therapy) among centers. However, all study adverse events collected were prespecified in the study protocol and were adjudicated by the Adverse Events Review Committee to maintain consistency in the study results. Patients who underwent failed embolization or who did not have follow-up were excluded per the study design. There was no systematic imaging of patients required in this study because sites were required to follow their standard procedures. There was no protocol regarding the minimum duration of follow-up, and follow-up timing was per standard of care for the treating physician and institution. Another limitation of the study is that the reporting of major and minor complications was based on the duration of symptoms, not their severity or degree of disability. Information regarding management of the major and minor complications was not collected. A broad range of aneurysm types and sizes was included in this registry (ie, saccular/blister/ruptured/fusiform/dissecting), and subgroup analyses were not performed for the subset of blister/fusiform/dissecting aneurysms in this study. Last, 38% of these patients had been included in prior publications.

## CONCLUSIONS
Our study suggests that the treatment of intracranial aneurysms with PED is associated with the lowest complication rates when used to treat small aneurysms of the ICA. The rates of procedural-related morbidity and mortality are not negligible. Patients with posterior circulation aneurysms and giant aneurysms are at higher risk of ischemic stroke. Patients with large or giant aneurysms are at higher risk of ischemic stroke and SAH compared with small aneurysms. The neurologic morbidity and mortality rate drops when patients with difficult-to-treat aneurysms (ruptured, dissecting, or fusiform) are excluded. The complication rates with PED are comparable with those of other endovascular treatment options such as stent-assisted coiling. These findings should be considered when selecting the best therapeutic option for intracranial aneurysms.

Disclosures: David F. Kallmes—*RELATED: Grant:* ev3/Covidien,* *Comments:* funding for enrollment in clinical trial; *Consulting Fee or Honorarium:* ev3/Covidien,* *Comments:* funding for Principal Investigator duties, Steering Committee and Adverse Event Adjudication Committee; *Grants/Grants Pending:* MicroVention,* ev3/Covidien,* SurModics,* Codman,* Sequent Medical,* Benvenue Medical,* National Institutes of Health.* *Comments:* funding for preclinical research and clinical trials; *Royalties:* University of Virginia Patent Foundation, *Comments:* spinal fusion; *Other:* Radiological Society of North America, *Comments:* editorial support money to institution. Demetrius Lopes—*RELATED: Board Membership:* Covidien (advisory board); *Consultancy:* Covidien; *Grant:* Covidien; *Payment for Lectures (including service on Speakers Bureaus, papers, and teaching):* Covidien; *Other:* Covidien (proctorship, advisory board) Edoardo Boccardi—*RELATED: Consulting Fee or Honorarium:* Covidien; *Support for Travel to Meetings for the Study or Other Purposes:* Covidien; *UNRELATED: Consultancy:* Covidien, *Comments:* consultation and proctoring. Saruhan Cekirge—*RELATED: Consulting Fee or Honorarium:* Covidien; *UNRELATED: Consultancy:* MicroVention, Covidien, Sequent. Pascal Jabbour—*UNRELATED: Consultancy:* Covidien. Cameron McDougall—*RELATED: Consulting Fee or Honorarium:* ev3/Covidien; *Fees for Participation in Review Activities such as Data Monitoring Boards, Statistical Analysis, Endpoint Committees, and the Like:* ev3/Covidien (steering committee, medical advisory board); *UNRELATED: Board Membership:* ev3/Covidien; *Consultancy:* MicroVention/Terumo, Codman/Johnson and Johnson; *Personal Fees:* MicroVention (principal investigator, FRED). Adnan Siddiqui—*UNRELATED: Board Membership:* Codman & Shurtleff, Covidien, *Comments:* advisory board; *Consultancy:* Codman & Shurtleff, Concentric Medical, ev3/Covidien, GuidePoint Global, Penumbra, Stryker, Pulsar Vascular, MicroVention, Lazarus Effect, Blockade Medical, *Comments:* no consulting salary arrangements; all consulting is per project and/or per hour; *Grants/Grants Pending:* National Institutes of Health (coinvestigator: National Institute of Neurological Disorders and Stroke 1R01NS064592-01A1, hemodynamic induction of pathologic remodeling leading to intracranial aneurysms),* University at Buffalo (Research Development Award),* National Institutes of Health (coinvestigator: National Institute of Biomedical Imaging and Bioengineering 5 R01 EB002873-07, Micro-Radiographic Image for Neurovascular Interventions)*; *National Steering Committees:* Penumbra (3D Separator Trial), Covidien (SWIFT PRIME Trial), MicroVention (FRED Trial); *Payment for Lectures (including service on speakers bureaus):* Codman & Shurtleff; *Stock/Stock Options:* Hotspur, Intratech Medical, StimSox, Valor Medical, Blockade Medical, Lazarus Effect; *Other:* Abbott Vascular, Penumbra, Abbott Vascular, and Codman & Shurtleff (for training other neurointerventionists in carotid stenting and for training physicians in endovascular stenting for aneurysms), *Comments:* honoraria. Henry Woo—*RELATED: Other:* Covidien,* *Comments:* startup costs for institutional review board submission and payment for enrolled patients; *UNRELATED: Grants/Grants Pending:* Siemens,* *Comments:* grants for clinical and academic research; *Royalties:* Codman & Shurtleff, *Comments:* royalties for development of intellectual property; *Other:* shareholder in Vascular Simulators. Britton K. Woodward—*UNRELATED: Personal Fees:* Covidien, *Comments:* consultant for proctoring of cases. Shervin Dashti—*UNRELATED: Other:* proctoring fees from Covidien, MicroVention. Josser Delgado Almandoz—*RELATED: Personal Fees:* Covidien/ev3; *UNRELATED: Personal Fee:* Terumo/MicroVention. Istvan Szikora—*UNRELATED: Grant:* Covidien; *Personal Fees:* Covidien. Elad Levy—*UNRELATED: Shareholder/Ownership Interest:* Intratech Medical Ltd, Mynx Access Closure, Blockade Medical LLC. Alain Bonafé—*UNRELATED: Personal Fees:* Covidien (proctoring for PED). Michael Kelly—*RELATED: Other:* Covidien sponsored the IntrePED study, and all funds were paid to University of Saskatchewan. Raymond Turner—*RELATED: Grants:* Covidien, MicroVention, Codman, Blockade Medical, Reverse Medical; *Personal Fees:* Covidien, MicroVention, Codman, Blockade Medical, Pulsar Vascular. David Fiorella—*UNRELATED: Grants:* Siemens, MicroVention; *Personal*

Fees: Covidien/ev3, Cordis, Nfocus Neuromedical, Micrus Endovascular. Comments: Consultant; Royalties: Codman & Shurtleff (Revive); Ownership Interests: Vascular Simulators LLC, TDC Technologies, CVSL. Giuseppe Lanzino—UNRELATED: Consultancy: Edge Therapeutics, Covidien/ev3, Codman. Pedro Lylyk—UNRELATED: Consultancy: ev3, MicroVention, Covidien, Codman; Payment for Lectures (including service on Speakers Bureaus): Covidien, MicroVention, Codman, Ricardo Hanel—RELATED: Grant: MicroVention; UNRELATED: Consultancy: Covidien, Codman, Stryker. Other: Blockade (shareholder). *Money paid to the institution.

# REFERENCES

1. Arrese I, Sarabia R, Pintado R, et al. Flow-diverter devices for intracranial aneurysms: systematic review and meta-analysis. Neurosurgery 2013;73:193–99; discussion 199–200
2. Briganti F, Napoli M, Tortora F, et al. Italian multicenter experience with flow-diverter devices for intracranial unruptured aneurysm treatment with periprocedural complications: a retrospective data analysis. Neuroradiology 2012;54:1145–52
3. Brinjikji W, Murad MH, Lanzino G, et al. Endovascular treatment of intracranial aneurysms with flow diverters: a meta-analysis. Stroke 2013;44:442–47
4. Yu SC, Kwok CK, Cheng PW, et al. Intracranial aneurysms: midterm outcome of Pipeline embolization device: a prospective study in 143 patients with 178 aneurysms. Radiology 2012;265:893–901
5. Chan TT, Chan KY, Pang PK, et al. Pipeline embolization device for wide-necked internal carotid artery aneurysms in a hospital in Hong Kong: preliminary experience. Hong Kong Med J 2011;17:398–404
6. Cirillo L, Dall'Olio M, Princiotta C, et al. The use of flow-diverting stents in the treatment of giant cerebral aneurysms: preliminary results. Neuroradiol J 2010;23:220–24
7. Siddiqui AH, Kan P, Abla AA, et al. Complications after treatment with Pipeline embolization for giant distal intracranial aneurysms with or without coil embolization. Neurosurgery 2012;71:E509–13; discussion E513
8. Cruz JP, Chow M, O'Kelly C, et al. Delayed ipsilateral parenchymal hemorrhage following flow diversion for the treatment of anterior circulation aneurysms. AJNR Am J Neuroradiol 2012;33:603–08
9. Pierot L. Flow diverter stents in the treatment of intracranial aneurysms: where are we? J Neuroradiol 2011;38:40–46
10. Darsaut TE, Rayner-Hartley E, Makoyeva A, et al. Aneurysm rupture after endovascular flow diversion: the possible role of persistent flows through the transition zone associated with device deformation. Interv Neuroradiol 2013;19:180–85
11. Kuzmik GA, Williamson T, Ediriwickrema A, et al. Flow diverters and a tale of two aneurysms. J Neurointerv Surg 2013;5:e23
12. Turowski B, Macht S, Kulcsar Z, et al. Early fatal hemorrhage after endovascular cerebral aneurysm treatment with a flow diverter (SILK-Stent): do we need to rethink our concepts? Neuroradiology 2011;53:37–41
13. Lubicz B, Collignon L, Raphaeli G, et al. Flow-diverter stent for the endovascular treatment of intracranial aneurysms: a prospective study in 29 patients with 34 aneurysms. Stroke 2010;41:2247–53
14. Piano M, Valvassori L, Quilici L, et al. Midterm and long-term follow-up of cerebral aneurysms treated with flow diverter devices: a single-center experience. J Neurosurg 2013;118:408–16
15. Delgado Almandoz JE, Crandall BM, Scholz JM, et al. Pre-procedure P2Y12 reaction units value predicts perioperative thromboembolic and hemorrhagic complications in patients with cerebral aneurysms treated with the Pipeline embolization device. J Neurointerv Surg 2013;5(suppl 3):iii3–10
16. Delgado Almandoz JE, Crandall BM, Scholz JM, et al. Last-recorded P2Y12 reaction units value is strongly associated with thromboembolic and hemorrhagic complications occurring up to 6 months after treatment in patients with cerebral aneurysms treated with the Pipeline embolization device. AJNR Am J Neuroradiol 2014;35:128–35
17. Hanel RA, Taussky P, Dixon T, et al. Safety and efficacy of ticagrelor for neuroendovascular procedures: a single center initial experience. J Neurointerv Surg 2014;6:320–22
18. Chalouhi N, Jabbour P, Tjoumakaris S, et al. Treatment of large and giant intracranial aneurysms: cost comparison of flow diversion and traditional embolization strategies. World Neurosurg 2013 Mar 6. [Epub ahead of print]
19. Chalouhi N, McMahon JF, Moukarzel LA, et al. Flow diversion versus traditional aneurysm embolization strategies: analysis of fluoroscopy and procedure times. J Neurointerv Surg 2014;6:291–95
20. Chalouhi N, Tjoumakaris S, Dumont AS, et al. Treatment of posterior circulation aneurysms with the Pipeline embolization device. Neurosurgery 2013;72:883–89
21. Jabbour P, Chalouhi N, Tjoumakaris S, et al. The Pipeline embolization device: learning curve and predictors of complications and aneurysm obliteration. Neurosurgery 2013;73:113–20
22. Chitale R, Gonzalez LF, Randazzo C, et al. Single center experience with Pipeline stent: feasibility, technique, and complications. Neurosurgery 2012;71:679–91
23. Chalouhi N, Tjoumakaris S, Starke RM, et al. Comparison of flow diversion and coiling in large unruptured intracranial saccular aneurysms. Stroke 2013;44:2150–54
24. O'Kelly CJ, Spears J, Chow M, et al. Canadian experience with the Pipeline embolization device for repair of unruptured intracranial aneurysms. AJNR Am J Neuroradiol 2013;34:381–87
25. Cruz JP, O'Kelly C, Kelly M, et al. Pipeline embolization device in aneurysmal subarachnoid hemorrhage. AJNR Am J Neuroradiol 2013;34:271–76
26. Kan P, Siddiqui AH, Veznedaroglu E, et al. Early postmarket results after treatment of intracranial aneurysms with the Pipeline embolization device: A US multicenter experience. Neurosurgery 2012;71:1080–87
27. Siddiqui AH, Abla AA, Kan P, et al. Panacea or problem: flow diverters in the treatment of symptomatic large or giant fusiform vertebrobasilar aneurysms—clinical article. J Neurosurg 2012;116:1258–66
28. de Barros Faria M, Castro RN, Lundquist J, et al. The role of the Pipeline embolization device for the treatment of dissecting intracranial aneurysms. AJNR Am J Neuroradiol 2011;32:2192–95
29. Brinjikji W, Lanzino G, Cloft HJ, et al. Patency of the posterior communicating artery after flow diversion treatment of internal carotid artery aneurysms. Clin Neurol Neurosurg 2014;120:84–88
30. Berge J, Biondi A, Machi P, et al. Flow-diverter Silk stent for the treatment of intracranial aneurysms: 1-year follow-up in a multicenter study. AJNR Am J Neuroradiol 2012;33:1150–55
31. Leonardi M, Cirillo L, Toni F, et al. Treatment of intracranial aneurysms using flow-diverting Silk stents (BALT): a single centre experience. Interv Neuroradiol 2011;17:306–15
32. Velioglu M, Kizilkilic O, Selcuk H, et al. Early and midterm results of complex cerebral aneurysms treated with Silk stent. Neuroradiology 2012;54:1355–65
33. Hu YC, Deshmukh VR, Albuquerque FC, et al. Histopathological assessment of fatal ipsilateral intraparenchymal hemorrhages after the treatment of supraclinoid aneurysms with the Pipeline embolization device. J Neurosurg 2014;120:365–74
34. Byrne JV, Beltechi R, Yarnold JA, et al. Early experience in the treatment of intra-cranial aneurysms by endovascular flow diversion: a multicentre prospective study. PLoS One 2010;5:pii: e12492
35. McAuliffe W, Wycoco V, Rice H, et al. Immediate and midterm results following treatment of unruptured intracranial aneurysms with the Pipeline embolization device. AJNR Am J Neuroradiol 2012;33:164–70
36. Wong GK, Kwan MC, Ng RY, et al. Flow diverters for treatment of intracranial aneurysms: current status and ongoing clinical trials. J Clin Neurosci 2011;18:737–40
37. Tähtinen OI, Manninen HI, Vanninen RL, et al. The Silk flow-diverting stent in the endovascular treatment of complex intracranial aneurysms: technical aspects and midterm results in 24 consecutive patients. Neurosurgery 2012;70:617–23; discussion 623–24
38. McLaughlin N, McArthur DL, Martin NA. Use of stent-assisted coil

embolization for the treatment of wide-necked aneurysms: a systematic review. *Surg Neurol Int* 2013;4:43

39. Bodily KD, Cloft HJ, Lanzino G, et al. **Stent-assisted coiling in acutely ruptured intracranial aneurysms: a qualitative, systematic review of the literature.** *AJNR Am J Neuroradiol* 2011;32:1232–36

40. Shapiro M, Becske T, Sahlein D, et al. **Stent-supported aneurysm coiling: a literature survey of treatment and follow-up.** *AJNR Am J Neuroradiol* 2012;33:159–63

41. Fiorella D, Albuquerque FC, Woo H, et al. **Neuroform stent as-** sisted aneurysm treatment: evolving treatment strategies, complications and results of long term follow-up. *J Neurointerv Surg* 2010;2:16–22

42. Piotin M, Blanc R, Spelle L, et al. **Stent-assisted coiling of intracranial aneurysms: clinical and angiographic results in 216 consecutive aneurysms.** *Stroke* 2010;41:110–15

43. Chalouhi N, Starke RM, Yang S, et al. **Extending the indications of flow diversion to small, unruptured, saccular aneurysms of the anterior circulation.** *Stroke* 2014;45:54–58

158
Exhibit 10

# FY 17 REGIONAL ES GROWTH PLAN
## PACIFIC NORTHWEST

## ALL IN…..It's GO TIME!

**Medtronic**
Further, Together

# FY17 PRIME ES REGIONAL KOL STRATEGY

- Utilize ES friendly proctors for Pipeline cases
  - Ryan Priest, MD
  - Jeremy Fields, MD

- Develop Regional KOL for ES – highest volume physicians in region
  - Ex. Vivek Deshmuk, MD

- Establish Regional Roundtable program with physician speakers on AnTx, to cover pipe but review coils to create exposure and word of mouth

- Establish a group VIP event for ANTx – get key competitive physicians to innovation lab and pushing ES and Fitzroy

**Medtronic**

161
Exhibit 11



# FY17Q1 SALES REGION MEETING

Neurovascular National Sales Meeting

We Are
ALL IN

**Medtronic**
Further, Together

# TOP 20 PERFORMANCE PIPELINE - ACCOUNTS

| Sold To Name | FY2015 Sales | FY2016 Sales | YoY $ Growth | YoY % Growth |
|---|---|---|---|---|
| NY Presbyterian | $564,300 | $1,940,380 | $1,376,080 | 244% |
| NYU Langone Medical Center | $1,820,316 | $1,882,700 | $62,384 | 3% |
| Jefferson Hospital for Neuroscience | $978,350 | $1,793,500 | $815,150 | 83% |
| University of Iowa Hospital | $1,826,000 | $1,401,000 | -$425,000 | -23% |
| Westchester County Medical Center | $691,840 | $1,342,400 | $650,560 | 94% |
| Johns Hopkins Hospital | $554,700 | $1,306,400 | $751,700 | 136% |
| Baptist Medical Center | $497,877 | $1,086,096 | $588,219 | 118% |
| Emory University Hospital | $607,387 | $1,076,866 | $469,479 | 77% |
| Cleveland Clinic Foundation | $687,318 | $1,042,455 | $355,137 | 52% |
| Beth Israel Deaconess Medical Ctr | $699,400 | $1,014,700 | $315,300 | 45% |
| Duke Hospital North | $538,500 | $1,003,734 | $465,234 | 86% |
| Indiana University Health Methodist | $307,200 | $986,200 | $679,000 | 221% |
| Swedish Medical Center Cherry Hill | $766,816 | $985,460 | $218,644 | 29% |
| Stony Brook University Medical | $923,520 | $935,100 | $11,580 | 1% |
| Medical University Hospital Authori | $712,303 | $931,936 | $219,633 | 31% |
| Abbott Northwestern Hospital | $379,981 | $885,800 | $505,819 | 133% |
| Johns Hopkins Bayview Medical Cente | $602,000 | $873,150 | $271,150 | 45% |
| Kaleida Health-Buffalo General | $645,985 | $872,800 | $226,815 | 35% |
| Wellstar Kennestone Hospital | $190,100 | $868,100 | $678,000 | 357% |
| University of Maryland Medical Cent | $997,970 | $833,772 | -$164,198 | -16% |
| **Total** | **$14,991,863** | **$23,062,549** | **$8,070,686** | **54%** |

**Medtronic**

Medtronic Pipeline Customer Hospitals with Quarterly Sales and Associated Proctors

| Customer Hospital | Location | Pipeline Sales Quarter Ended 4/29/15 | Pipeline Sales Quarter Ended 4/29/16 | Likely Proctors Associated With Hospital |
|---|---|---|---|---|
| NYU Langone Medical Center | New York, NY | 507,200 | 179,700 | Peter Nelson, Maksim Shapiro, Tibor Becske |
| University of Iowa Hospital | Iowa City, IA | 501,800 | 668,800 | |
| University of Maryland Medical Center | Baltimore, MD | 429,500 | 298,402 | |
| Westchester County Medical Center | Valhalla, NY | 412,500 | 99,540 | Michael Stiefel |
| Jefferson Hospital for Neuroscience | Philadelphia, PA | 356,100 | 394,800 | Luis Gonzalez, Pascal Jabbour |
| Cornell U Weill Medical College | New York, NY | 332,200 | 25,000 | |
| Riverside Methodist Hospital | Columbus, OH | 326,800 | 159,777 | |
| Rush University Medical Center | Chicago, IL | 323,190 | 237,500 | Demetrius Lopes |
| Medical University Hospital Authority | Charleston, SC | 315,200 | 424,450 | Mohammad Chaudry, Raymond Turner |
| St Josephs Hospital and Medical | Phoenix, AZ | 300,000 | 172,098 | Cameron McDougall |
| Froedtert Hospital | Wauwatosa, WI | 276,800 | 363,731 | |
| Cleveland Clinic Foundation | Cleveland, OH | 270,600 | 384,555 | |
| Stony Brook University Medical | Stony Brook, NY | 269,200 | 195,260 | David Fiorella |
| Emory University Hospital | Atlanta, GA | 242,916 | 339,066 | |
| St Lukes Health Baylor College | Houston, TX | 233,500 | 68,456 | Michel Mawad, Peter Kan |
| Washington Hospital Center | Washington, DC | 232,200 | 146,800 | William Bank, Andrew Stemer |
| Carolinas Medical Center | Charlotte, NC | 217,000 | 118,484 | Joe Bernard |
| North Shore University Hospital | Manhasset, NY | 214,300 | 173,194 | |
| Bellevue Hospital | New York, NY | 188,400 | 0 | |
| Swedish Medical Center Cherry Hill | Seattle, WA | 186,200 | 215,410 | |
| Kaiser Sunnyside Medical Center | Sunnyside, OR | 183,405 | 57,380 | Jeremy Fields |
| Baptist Medical Center | Jacksonville, FL | 175,875 | 337,288 | Ricardo Hanel |
| Johns Hopkins Hospital | Baltimore, MD | 169,900 | 411,900 | Alexander Coon |
| Santa Barbara Cottage Hospital | Santa Barbara, CA | 169,730 | 182,816 | |
| Barnes Jewish South Hospital | St. Louis, MO | 163,900 | 242,600 | Christopher Moran |
| Baptist Health Lexington | Lexington, KY | 163,800 | 164,870 | Curtis Given |
| VCU Health Systems | Richmond, VA | 158,100 | 113,874 | John Reavey-Cantwell |
| Methodist Hospital | Houston, TX | 156,900 | 178,992 | Orlando Diaz |
| Duke Hospital North | Durham, NC | 152,700 | 274,976 | Luis Gonzalez |
| NY Presbyterian Hospital Columbia | New York, NY | 150,000 | 183,760 | Luis Gonzalez |

Medtronic Pipeline Customer Hospitals with Quarterly Sales and Associated Proctors

| Customer Hospital | Location | Pipeline Sales Quarter Ended 4/29/15 | Pipeline Sales Quarter Ended 4/29/16 | Likely Proctors Associated With Hospital |
|---|---|---|---|---|
| Nebraska Medical Center | Omaha, NE | 150,000 | 64,744 | |
| Montefiore Medical Center Moses | Bronx, NY | 150,000 | 0 | |
| Fort Sanders Regional Medical Center | Knoxville, TN | 144,500 | 70,224 | Britton Woodward |
| St Marys Hospital | West Palm Beach, FL | 141,900 | 54,416 | Ali Malek |
| Lehigh Valley Hospital | Allentown, PA | 139,200 | 135,720 | |
| University Health Care | Salt Lake City, UT | 135,450 | 207,535 | Philipp Taussky |
| Kaleida Health-Buffalo General | Buffalo, NY | 135,200 | 339,700 | Adnan Siddiqui, Elad Levy |
| University of Tennessee Hospital | Knoxville, TN | 131,600 | 82,248 | |
| Florida Hospital Apopka | Apopka, FL | 130,548 | 24,186 | |
| Borgess Medical Center | Kalamazoo, MI | 129,500 | 155,188 | |
| Robert Wood Johnson University Hospital | New Brunswick, NJ | 129,000 | 199,720 | |
| Hackensack University Medical | Hackensack, NJ | 129,000 | 141,600 | Ciro Randazzo |
| Greenville Memorial Hospital | Greenville, SC | 128,000 | 242,000 | |
| University of Virginia Medical | Charlottesville, VA | 127,700 | 150,900 | John Gaughen, Avery Evans |
| Mercy San Juan Hospital | Carmichael, CA | 127,700 | 0 | |
| Johns Hopkins Bayview Medical Center | Baltimore, MD | 127,200 | 272,300 | Alexander Coon |
| UMass Memorial Health Care | Worcester, MA | 125,000 | 116,775 | |
| Beth Israel Deaconess Medical Center | Boston, MA | 121,000 | 186,200 | Ajit Puri |
| Kaiser Permanente Redwood City | Redwood City, CA | 120,000 | 81,609 | Amon Liu |
| Baptist Hospital | Miami, FL | 118,800 | 0 | Guilherme Dabus, Italo Linfante |
| University of Kentucky Hospital | Lexington, KY | 115,200 | 244,386 | |
| UPMC Presbyterian | Pittsburgh, PA | 96,864 | 150,912 | |
| Hershey Medical Center | Hershey, PA | 90,300 | 228,580 | Kevin Cockroft |
| Hartford Hospital | Hartford, CT | 87,500 | 188,760 | |
| Wellstar Kennestone Hospital | Marietta, GA | 26,600 | 327,000 | |
| UF Health Shands Hospital | Gainesville, FL | 25,000 | 291,345 | Spiros Blackburn |
| Integris Baptist Medical Center | Oklahoma City, OK | 14,600 | 191,720 | |
| UCSD Medical Center Hillcrest | San Diego, CA | 12,900 | 157,056 | Arash Khalessi-Hosseini |
| Overlook Medical Center | Summit, NJ | 12,500 | 266,100 | Ciro Randazzo |
| Metropolitan Hospital | Wyoming, MI | 12,500 | 168,807 | |

Medtronic Pipeline Customer Hospitals with Quarterly Sales and Associated Proctors

| Customer Hospital | Location | Pipeline Sales Quarter Ended 4/29/15 | Pipeline Sales Quarter Ended 4/29/16 | Likely Proctors Associated With Hospital |
|---|---|---|---|---|
| Tampa General Hospital | Tampa, FL | 12,250 | 267,857 | Peter Sunenshine |
| Florida Hospital Orlando | Orlando, FL | 11,868 | 207,812 | |
| The Ohio State University. | Columbus, OH | 0 | 360,000 | |
| Indiana University Health Methodist | Indianapolis, IN | 0 | 213,700 | |
| New York Presbyterian Hospital Cornell | New York, NY | 0 | 202,160 | |
| Barrows Neurological Institute | Phoenix, AZ | 0 | 156,547 | Cameron McDougall |
| UAB Hospital - Birmingham | Birmingham, AL | 0 | 154,960 | |

Hospital names and sales figures were obtained from internal Medtronic documents.

Hospital locations are based on public information and geographic territory covered by Medtronic sales personnel responsible for each hospital.

Likely proctors associated with each hospital are based on payment information in Exhibit 1 and public information regarding hospital affiliations.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| UNITED STATES OF AMERICA, ex rel., DR. KUO CHAO, et al. | Medtronic PLC; Medtronic Vascular, Inc.; Covidien LP; Covidien Sales LLC; EV3, Inc.; Micro Therapeutics, Inc. |

| (b) County of Residence of First Listed Plaintiff   Los Angeles Co., CA  *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   Minneapolis, MN  *(IN U.S. PLAINTIFF CASES ONLY)* |
|---|---|
| (c) Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.  GLANCY PRONGAY & MURRAY LLP, Mark I. Labaton (SBN 159555), 1925 Century Park East, Suite 2100 , Los Angeles, California 90067, Telephone: (310) 201-9150 | Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. Government Not a Party)
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multidistrict Litigation - Transfer
☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Qui tam action for violations of federal False Claims Act, 31 U.S.C. § 3729 et seq., and false claims acts of various states

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 375 False Claims Act
☒ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/Etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Org.
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Info. Act
☐ 896 Arbitration
☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.)
☐ 153 Recovery of Overpayment of Vet. Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment

**REAL PROPERTY CONT.**
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 445 American with Disabilities-Employment
☐ 446 American with Disabilities-Other
☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405 (g))
☐ 864 SSID Title XVI
☐ 865 RSI (405 (g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:**   Case Number:

CV-71 (07/16) | CIVIL COVER SHEET | Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? ☐ Yes  ☒ No | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? ☒ Yes  ☐ No | B.1.  Do 50% or more of the defendants who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☒ NO. Continue to Question B.2. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.2.  Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? ☐ Yes  ☒ No | C.1.  Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.2.  Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1.  Is there at least one answer in Column A? | D.2.  Is there at least one answer in Column B? |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. | If "yes," your case will initially be assigned to the EASTERN DIVISION. |
| Enter "Southern" in response to Question E, below, and continue from there. | Enter "Eastern" in response to Question E, below. |
| If "no," go to question D2 to the right. ➡ | If "no," your case will be assigned to the WESTERN DIVISION. Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court**?      ☒ NO      ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

☒ NO      ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐   A.  Arise from the same or a closely related transaction, happening, or event;

☐   B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C.  For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐   A.  Arise from the same or a closely related transaction, happening, or event;

☐   B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C.  Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____      DATE:  March 9, 2017

**Notice to Counsel/Parties:**  The submission of this Civil Cover Sheet is required by Local Rule 3-1.  This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

---