GLANCY PRONGAY & MURRAY LLP
Mark I. Labaton (SBN 159555)
mlabaton@glancylaw.com
Garth A. Spencer (SBN 335424)
gspencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:    (310) 201-9160

*Attorneys for Qui Tam Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* DR. KUO CHAO, <br><br> Plaintiffs, <br><br> vs. <br><br> MEDTRONIC PLC, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., COVIDIEN LP, and COVIDIEN SALES LLC, <br><br> Defendants. | CASE NO.: 2:17-cv-01903-ODW-SS <br><br> **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Hearing Date: N/A per Dkt No. 112 <br> Judge: Hon. Otis D. Wright II |

In further support of Relator's Opposition to Defendants' Motion to Dismiss the Third Amended Complaint, Relator submits as supplemental authority the attached opinion, *U.S. ex rel. Schroeder v. Medtronic, Inc.*, No. 17-2060-DDC-KGG, 2021 WL 4168140, at *12 (D. Kan. Sept. 14, 2021). This opinion was issued on September 14, 2021, after the filing of Relator's opposition brief on August 31, 2021.

The qui tam plaintiff in *Schroeder* alleged that defendants violated the False Claims Act and Anti-Kickback Statute. The court held that Anti-Kickback Statute safe harbors provide an affirmative defense, and therefore defendants bear the burden of showing the applicability of these safe harbors. *Id.* at *12, 22.

Dated: October 13, 2021

Respectfully submitted,

By:   */s/ Mark I. Labaton*
GLANCY PRONGAY & MURRAY LLP
Mark I. Labaton (SBN 159555)
mlabaton@glancylaw.com
Garth A. Spencer (SBN 335424)
gspencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:    (310) 201-9160

*Attorneys for Qui Tam Plaintiff*

1