Brian D. Hershman (State Bar No. 168175)
bhershman@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2452
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539

*Attorneys for Defendants*
MEDTRONIC PLC, MEDTRONIC
VASCULAR, INC., MEDTRONIC USA,
INC., COVIDIEN LP, and COVIDIEN
SALES LLC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel*. DR. KUO CHAO,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC PLC, *et al.*,<br><br>Defendants. | No.: 2:17-cv-01903-ODW (MRWx)<br><br>**NOTICE OF TENTATIVE SETTLEMENT AND JOINT STIPULATION REQUESTING A 30-DAY STAY OF DISCOVERY AND 60-DAY EXTENSION OF THE DISCOVERY CUTOFF** |

1    **TO THE HONORABLE COURT:**

2         **PLEASE TAKE NOTICE** that Relator Dr. Kuo Chao ("Relator") and

3    Defendants Medtronic PLC, Medtronic Vascular, Inc., Medtronic USA, Inc.,

4    Covidien LP, and Covidien Sales LLC (collectively, "Defendants") (collectively

5    referred to with Relator as "the Parties") have reached a tentative settlement

6    agreement that is intended and expected to fully and finally resolve this *qui tam*

7    action. Relator has agreed to voluntarily dismiss this *qui tam* action with prejudice

8    as to the Relator and without prejudice as to the United States of America and the

9    states, and the Parties have agreed to bear their own costs. The Parties anticipate

10   finalizing the settlement agreement within the next thirty (30) days and, pursuant to

11   Federal Rule of Civil Procedure 41(a), the Parties will thereafter file a Joint

12   Stipulation of Dismissal with Prejudice to dismiss all of Relator's claims against

13   Defendants.

14        To effectuate the terms of the tentative settlement agreement, and to provide

15   sufficient time for the Parties to obtain the necessary approvals from the United States

16   Department of Justice without expending undue resources on discovery, the Parties

17   respectfully request that the Court stay discovery for thirty (30) days, and extend the

18   discovery cut-off date from March 13, 2023 to May 12, 2023. On or before April 12,

19   2023, the Parties will either submit a Joint Stipulation of Dismissal or a status report

20   updating the Court on the progress of the Tentative Settlement.

21

22

23

24

25

26

27

28

TENTATIVE SETTLEMENT AND
JOINT STIPULATION REQUESTING
STAY OF DISCOVERY
Case No. 2:17-cv-01903-ODW (MRWx)

Dated: March 7, 2023

Respectfully submitted,

By: */s/ Mark I. Labaton*
GLANCY PRONGAY
& MURRAY LLP
Mark I. Labaton (Bar No. 159555)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: mlabaton@glancylaw.com

*Attorney for Relator*
DR. KUO CHAO

By: */s/ Brian D. Hershman*
JONES DAY
Brian D. Hershman (Bar No. 168175)
555 South Flower St., Fiftieth Floor
Los Angeles, CA  90071
Telephone: (213) 489-3939
Email: bhershman@jonesday.com

*Attorney for Defendants*
MEDTRONIC PLC, MEDTRONIC
VASCULAR, INC., MEDTRONIC
USA, INC., COVIDIEN LP, and
COVIDIEN SALES LLC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

/s/ Brian D. Hershman
Brian Hershman

NOTICE OF TENTATIVE SETTLEMENT AND
JOINT STIPULATION REQUESTING
STAY OF DISCOVERY
Case No. 2:17-cv-01903-ODW (MRWx)