Brian D. Hershman (State Bar No. 168175)
bhershman@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2452
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539

*Attorneys for Defendants*
MEDTRONIC PLC, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., COVIDIEN LP, and COVIDIEN SALES LLC.

Mark I. Labaton (Bar No. 159555)
mlabaton@glancylaw.com
Peter A. Binkow (Bar No. 173848)
pbinkow@glancylaw.com
Garth Spencer (Bar No. 335424)
gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

*Attorneys for Relator*
DR. KUO CHAO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF INDIANA; STATE OF IOWA; STATE OF LOUISIANA; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF MONTANA; STATE OF | Case No. 2:17-cv-01903-ODW-MRW<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OKLAHOMA; STATE OF RHODE ISLAND; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WASHINGTON; and DISTRICT OF COLUMBIA; *ex rel.* DR. KUO CHAO,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MEDTRONIC PLC, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., COVIDIEN LP, and COVIDIEN SALES LLC,<br><br>                    Defendants. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the Stipulation of Settlement between the parties to this litigation, respectively, Qui Tam Plaintiff-Relator Dr. Kuo Chao ("Relator"), and Defendants Medtronic PLC, Medtronic Vascular Inc., Medtronic USA Inc., Covidien LP and Covidien Sales LLC (collectively, "Defendants," and together with Relator, "the Parties"),[1] stipulate to entry of an order (1) as to Relator, dismissing this Action in its entirety with prejudice; (2) as to the Government Plaintiffs, dismissing this Action in its entirety without prejudice; and (3) with each party to bear their own costs, attorneys' fees, and expenses. Plaintiff's counsel has conferred with counsel for the United States of America, and is informed that the Government Plaintiffs do not oppose this dismissal.

**SO STIPULATED.**

Dated: March 21, 2023         JONES DAY

By: /s/ Brian D. Hershman
Brian D. Hershman
Attorneys for Defendants
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

ATTORNEYS FOR DEFENDANTS

[*signatures continued on next page*]

---

[1] The following parties in interest in the Action are not signatories to this Stipulation: Plaintiff United States of America, the States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, Washington, and the District of Columbia (collectively the "State Plaintiffs," and together with the United States of America, the "Government Plaintiffs").

| | | |
|---|---|---|
| 1 | Dated: March 21, 2023 | GLANCY PRONGAY AND MURRAY LLP |
| 2 | | |
| 3 | | By: */s/ Peter A. Binkow* <br> Peter A. Binkow <br> 1925 Century Park East, Suite 2100 <br> Los Angeles, CA 90067 |
| 4 | | |
| 5 | | ATTORNEYS FOR PLAINTIFF-RELATOR |

### **ATTESTATION**

    I, Peter A. Binkow, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 21, 2023            */s/ Peter A. Binkow*
                                                                 Peter A. Binkow

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On March 21, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 21, 2023, at Los Angeles, California.

<i>s/ Peter A. Binkow</i><br>
Peter A. Binkow